1  PATRICK J. CAROME (*pro hac vice* pending)
   patrick.carome@wilmerhale.com
2  ARI HOLTZBLATT (*pro hac vice* pending)
   ari.holtzblatt@wilmerhale.com
3  WILMER CUTLER PICKERING
      HALE AND DORR LLP
4  1875 Pennsylvania Avenue, NW
   Washington, D.C. 20006
5  Telephone: (202) 663-6000
   Facsimile: (202) 663-6363
6
   PETER G. NEIMAN (*pro hac vice* pending)
7  peter.neiman@wilmerhale.com
   WILMER CUTLER PICKERING
8     HALE AND DORR LLP
   250 Greenwich St., 45 Floor
9  New York, New York 10007
   Telephone: (212) 295-6487
10 Facsimile: (202) 663-6363

MARK D. FLANAGAN
  CA Bar No. 130303
mark.flanagan@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
2600 El Camino Real, Suite 400
Palo Alto, California 94306
Telephone: (650) 858-6047
Facsimile: (650) 858-6100

*Attorneys for Plaintiff*
**TWITTER, INC.**

11

12                **UNITED STATES DISTRICT COURT**
             **NORTHERN DISTRICT OF CALIFORNIA**
13

14 TWITTER, INC.,                          | Case No. ___3:21-cv-01644___

15                    Plaintiff,            **DECLARATION OF ANURADHA
                                            SIVARAM IN SUPPORT OF
16         v.                               PLAINTIFF TWITTER, INC.'S
                                            MOTION FOR A TEMPORARY
17 KEN PAXTON,                              RESTRAINING ORDER
   in his official capacity as Attorney
18 General of Texas

19                    Defendant.

20

21

22

23

24

25

26

27

28

I, Anuradha Sivaram, declare:

1.     I am an attorney at the law firm Wilmer Cutler Pickering Hale and Dorr LLP, counsel for Plaintiff ("Plaintiff") Twitter, Inc. in the above-captioned action. I am a member of good standing of the District of Columbia Bar. I submit this declaration in support of Plaintiff's Motion for a Temporary Restraining Order.

2.     Attached hereto as **Exhibit A** is a true and correct copy of Brief for Texas et al. as Amici Curiae ("Paxton Am. Br."), *Exxon Mobil Corp. v. Maura Tracey Healey*, No. 4:16-cv-00469-K (N.D. Tex.), Dkt. No. 63-2.

3.     Attached hereto as **Exhibit B** is a true and correct copy of Twitter's "Healthy Conversations" webpage, available at https://tinyurl.com/mcs28acx.

4.     Attached hereto as **Exhibit C** is a true and correct copy of Twitter's "Transparency, Rules Enforcement, Latest Data: Accounts Actioned" webpage, available at https://tinyurl.com/2cjxr8mb.

5.     Attached hereto as **Exhibit D** is a true and correct copy of Twitter's "The Twitter Rules" webpage, available at https://tinyurl.com/wry9thc2.

6.     Attached hereto as **Exhibit E** is a true and correct copy of Twitter's "Coronavirus: Staying safe and informed on Twitter" webpage, available at https://tinyurl.com/633y4dy4.

7.     Attached hereto as **Exhibit F** is a true and correct copy of the Texas Attorney General Office's "First Assistant AG Jeff Mateer to FTC: Big Tech Companies Must Comply with State Deceptive Trade Practices Law" webpage, available at https://tinyurl.com/b3tswysw.

8.     Attached hereto as **Exhibit G** is a true and correct copy of Ken Paxton's letter to the Federal Communications Commission Re: RM-11862 Section 230 of the Communications Act of 1934, available at https://tinyurl.com/8fbkpv8.

9.     Attached hereto as **Exhibit H** is a true and correct copy of Twitter Safety's (@Twitter Safety) January 6, 2021 Tweet thread, available at https://tinyurl.com/a7byztnn.

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

10.   Attached hereto as **Exhibit I** is a true and correct copy of Twitter's "Permanent suspension of @realDonaldTrump" webpage, available at https://tinyurl.com/33e2ud2w.

11.   Attached hereto as **Exhibit J** is a true and correct copy of Jack Dorsey's (@jack) January 13, 2021 Tweet thread, available at https://tinyurl.com/2zdusb2e.

12.   Attached hereto as **Exhibit K** is a true and correct copy of Twitter's "Terms of Service" webpage, available at https://twitter.com/en/tos.

I declare under penalty of perjury that the foregoing is true and correct.  Executed on this 8th day of March 2021 in Washington, D.C.

By:   */s/ Anuradha Sivaram*
Anuradha Sivaram

1

## <u>SIGNATURE ATTESTATION</u>

2
        I am the ECF User whose identification and password are being used to file the foregoing.

3
Pursuant to Civil Local Rule 5-1(i), I hereby attest that the other signatories have concurred in this

4
filing.

5
Dated: March 8, 2021                                        By:   */s/ Mark D. Flanagan*

6
                                                                  Mark D. Flanagan

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| EXXON MOBIL CORPORATION, | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | |
| v. | ) | No. 4:16-cv-00469-K |
| | ) | |
| MAURA TRACY HEALEY, | ) | |
| Attorney General of Massachusetts, | ) | |
| in her official capacity, | ) | |
| | ) | |
| *Defendant.* | ) | |

---

**BRIEF OF TEXAS, LOUISIANA, SOUTH CAROLINA, ALABAMA, MICHIGAN, ARIZONA, WISCONSIN, NEBRASKA, OKLAHOMA, UTAH, AND NEVADA AS *AMICI CURIAE* IN SUPPORT OF PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**

---

## TABLE OF CONTENTS

INTEREST OF *Amici Curiae* AND BACKGROUND .........................................................1

ARGUMENT ...........................................................................................................2

    I.    Attorneys General should act impartially. ..................................................2

        A.   Attorneys General should not employ legal power to tip the
             scales in a policy debate. ......................................................................3

           1.   Targeting critics. ............................................................................4

           2.   Abusing subpoena power..................................................................5

        B.   Climate change is the subject of legitimate international
             debate...................................................................................................6

    II.   Politicized investigations undermine public confidence.............................9

CONCLUSION ...........................................................................................................9

### INTEREST OF *AMICI CURIAE* AND BACKGROUND

Exxon Mobil Corporation (Exxon) is challenging the validity of a Civil Investigative Demand (CID), a state civil administrative subpoena, issued by the Attorney General of Massachusetts (Massachusetts). Massachusetts dispatched the CID to investigate supposed violations of consumer protection laws through Exxon's marketing and sale of fossil fuel-derived products and securities. Exxon is asking the Court to issue an injunction prohibiting Massachusetts from enforcing the CID.

*Amici* possess sovereign authority to investigate violations of law. As chief legal officers, they have long used their power—including the issuance of CIDs—to determine whether unlawful conduct occurred. However, this power does not include the right to engage in unrestrained, investigative excursions to promulgate a social ideology, or chill the expression of points of view, in international policy debates.

The concerns of *Amici* and others regarding Massachusetts's tactics are expressed in a recent open letter.[1] In it, the actions of Massachusetts and others are condemned, as "this effort by our colleagues to police the global warming debate through the power of the subpoena is a grave mistake." The signatories, representing a wide range of viewpoints on climate change, "agree on at least one thing—this is not a question for the courts. Using law enforcement authority to resolve a public policy debate undermines the trust invested in our offices and threatens free speech."[2] As most recognize, "vigorous debate exists in this country regarding the risks of climate change and the appropriate response to those risks. Both sides are well-funded and sophisticated public policy participants. Whatever our country's response,

---

[1] Open Letter from Attorneys General (Luther Strange, Alabama; Bill Schuette, Michigan; Ken Paxton, Texas; Craig Richards, Alaska; Doug Peterson, Nebraska; Sean Reyes, Utah; Mark Brnovich, Arizona; Adam Laxalt, Nevada; Brad Schimel, Wisconsin; Leslie Rutledge, Arkansas; Scott Pruitt, Oklahoma; Jeff Landry, Louisiana; Alan Wilson, South Carolina) dated June 15, 2016, *available online at* http://www.ago.state.al.us/news/852.pdf.

[2] *Id*. at p.1.

it will affect people, communities, and businesses that all have a right to participate in this debate." Thus, attorneys general should "stop policing viewpoints."[3]

*Amici* are concerned about the unconstitutional use of investigative powers. They have an interest in preserving their roles as evenhanded enforcers of the law and, thus, have direct and vital interests in the issues before the Court.

### ARGUMENT

Attorneys General have a constitutional duty to act dispassionately in the execution of their office. The Supreme Court has explained that attorneys representing the public do not represent an ordinary party in litigation, but "a sovereignty whose obligation to govern impartially is as compelling as its obligation to govern at all; and whose interest , . . . is not that it should win a case but that justice shall be done." *Berger v. United States*, 295 U.S. 78, 88 (1935). This distinctive role of the prosecutor is also expressed the Model Code of Professional Responsibility. MODEL CODE OF PROF'L RESPONSIBILITY EC 7-13 (1982) ("The responsibility of a public prosecutor differs from that of the usual advocate; his duty is to seek justice, not merely to convict."). Massachusetts crossed both legal and ethical lines with its CID.

## I.   Attorneys General should act impartially.

Massachusetts's investigation is the product of a cultural movement "committed to aggressively protecting and building upon the recent progress the United States has made in combatting climate change."[4] And the common interest agreement of the powers aligned on this axis of ideology underscores the partiality of their endeavor, as they seek to "limit climate change and ensur[e] the dissemination

---

[3] *Id.*

[4] Press Release, New York State Attorney General, *A.G. Schneiderman, Former Vice President Al Gore And A Coalition Of Attorneys General From Across The Country Announce Historic State-Based Effort To Combat Climate Change* (March 29, 2016) (*available online at* http://www.ag.ny.gov/press-release/ag-schneiderman-former-vice-president-al-gore-and-coalition-attorneys-general-across).

of accurate information about climate change." ECF No. 57 at 3.[5] And Defendant acknowledges that the issuance of the CID is part of an "aggressive approach."[6]

While *amici* have authority to conduct investigations regarding consumer protection, fraud, and deceptive trade practices, these investigations must be supported by a "reasonable belief" that there has been, or is about to be, unlawful false, misleading, or deceptive acts or practices in the conduct of any trade or commerce. *See*, *e.g.*, Tex. Bus. & Com. Code §§ 17.46, 17.47, 17.60, 17.61. And while the government's power "to protect people against fraud" has "always been recognized in this country and is firmly established," *Donaldson v. Read Magazine, Inc.*, 333 U.S. 178, 190 (1948), "[s]imply labeling an action one for 'fraud,' of course, will not carry the day," *Illinois ex rel. Madigan v. Telemarketing Assocs.*, 538 U.S. 600, 617 (2003).

### A. Attorneys General should not employ legal power to tip the scales in a policy debate.

The authority attorneys general have to investigate fraud does not allow them to encroach on the constitutional freedom of others to engage in an ongoing public policy debate of international importance. Thus, government action that restricts or chills speech because of the message embodied within that speech contravenes the First Amendment. Indeed, "there is practically universal agreement that a major purpose of [the First] Amendment was to protect the free discussion of governmental affairs." *Mills v. Alabama*, 384 U.S. 214, 218 (1966). The First Amendment generally prevents government from proscribing speech, *see*, *e.g.*, *Cantwell v. Connecticut*, 310 U.S. 296, 309–311 (1940), or even expressive conduct, *see*, *e.g.*, *Texas v. Johnson*, 491

---

[5] This ideology was on full display at the March 29, 2016 press conference of the so-called "AG's United for Clean Power," characterized as "the beginning of the end of our addiction to fossil fuel and the degradation of our planet." Attorney General Schneiderman, Press Conference, AGs United for Clean Power (March 29, 2016) (confirming subpoena to ExxonMobil) (*video available online at* http://www.ag.ny.gov/press-release/ag-schneiderman-former-vice-president-al-gore-and-coalition-at-torneys-general-across). Former Vice President Al Gore alleged that commercial interests (such as the Plaintiff) are "committing fraud in their communications . . . ." *Id.*

[6] *Id.*

3

U.S. 397, 406 (1989), for the mere disapproval of the ideas expressed. Here, the chilling effect of Massachusetts's CID should be of concern since the "loss of First Amendment freedoms for even minimal periods of time constitutes irreparable injury . . . ." *Deerfield Med. Ctr. v. City of Deerfield Beach*, 661 F.2d 328, 338 (5th Cir. Unit B Nov. 1981) (citing *Elrod v. Burns*, 427 U.S. 347, 373 (1976)).

The heart of viewpoint discrimination is the government preferring one message to another. But "[t]he First Amendment forbids the government to regulate speech in ways that favor some viewpoints or ideas at the expense of others." *Members of the City Council of L.A. v. Taxpayers for Vincent*, 466 U.S. 789, 804 (1984); *see also Rosenberger v. Rector and Visitors of Univ. of Va.*, 515 U.S. 819, 829 (1995); *Cornelius v. NAACP*, 473 U.S. 788, 806 (1985). Viewpoint discrimination occurs when "the specific motivating ideology or the opinion or perspective of the speaker is the rationale for the restriction." *McGuire v. Reilly*, 386 F.3d 45, 62 (1st Cir. 2004).

While Massachusetts claims an interest in consumer protection as the basis for its CID, the Supreme Court has been clear that proffering what may be on its face "reasonable grounds" for the action does "not save a regulation that is in reality a facade for viewpoint-based discrimination." *Cornelius*, 473 U.S. at 811.

## 1.    Targeting critics.

The First Amendment is concerned with "the inherent risk that the Government seeks not to advance a legitimate regulatory goal, but to suppress unpopular ideas." *Hill v. Colorado*, 530 U.S. 703, 719 (2000). Thus, it stands as a bulwark against Government action designed to suppress ideas or information, or to manipulate the public debate through coercion rather than persuasion. *See Palmer ex rel. Palmer v. Waxahachie Indep. Sch. Dist.*, 579 F.3d 502, 510 (5th Cir. 2009).

Using CIDs to suppress policy debates is like imposing prior restraints on speech. Governmentally imposed prior restraints on speech are tantamount to censorship. *See Near v. Minnesota*, 283 U.S. 697, 713, (1931); *cf. Fernandes v.*

*Limmer*, 663 F.2d 619, 632 (5th Cir. Unit A Dec. 1981). Massachusetts labeling its so-called investigation (into an unsettled area of science and public policy) as related to "fraud" certainly "raise[s] the specter that the Government may effectively drive certain ideas or viewpoints from the marketplace." *Simon & Schuster, Inc. v. Members of the N.Y. State Crime Victims Bd.*, 502 U.S. 105, 116 (1991).

But if our society refuses to tolerate *both* the proponents and critics of ideas vying for acceptance, then the marketplace of ideas becomes a mere oligarchy of consumption. As Justice Holmes put it:

> But when men have realized that time has upset many fighting faiths, they may come to believe even more than they believe the very foundations of their own conduct that the ultimate good desired is better reached by free trade in ideas—that the best test of truth is the power of the thought to get itself accepted in the competition of the market, and that truth is the only ground upon which their wishes safely can be carried out.

*Abrams v. United States*, 250 U.S. 616, 630 (1919) (Holmes, J., dissenting).

## 2.    Abusing subpoena power.

The Fourth Amendment limits the scope of administrative subpoenas. *See Okla. Press Publ'g Co. v. Walling*, 327 U.S. 186, 208–11 (1946). Where subpoenaed materials may be protected by the First Amendment, the requirements of the Fourth Amendment are applied with "scrupulous exactitude." *Stanford v. Texas*, 379 U.S. 476, 485 (1965). As such, so-called "fishing expeditions," like this one, are proscribed and "[i]t is contrary to the first principles of justice to allow a search through all the respondents' records, relevant or irrelevant, in the hope that something will turn up." *Fed. Trade Comm'n v. Am. Tobacco Co.*, 264 U.S. 298, 306 (1924).

Massachusetts's abuse of its subpoena power runs afoul of the First Amendment. *See, e.g., AFL-CIO v. FEC*, 333 F.3d 168, 175 (D.C. Cir. 2003) (citing *Buckley v. Valeo*, 424 U.S. 1, 64–68 (1976) (disclosure of campaign contributions); *NAACP v. Ala. ex rel. Patterson*, 357 U.S. 449, 462–63 (1958) (disclosure of

5

membership lists)). A First Amendment privilege against disclosures exists where such "will result in (1) harassment, membership withdrawal, or discouragement of new members, or (2) other consequences which objectively suggest an impact on, or 'chilling' of, the members' associational rights." *Perry v. Schwarzenegger*, 591 F.3d 1147, 1160 (9th Cir. 2009) (quotation omitted).

 For example, subpoenas seeking investigative notes as well as the names of contacts have been held to be an invalid chilling of the free exercise of political speech and association under the First Amendment. *See Lacey v. Maricopa Cnty.*, 693 F.3d 896, 917 (9th Cir. 2012) (finding "invalid" under First Amendment "subpoenas demanding that [a] paper . . . disclose its reporters' notes and reveal information about anyone who visited the New Times's [sic] website" because subpoenas would "chill speech"); *see also Pebble Ltd. P'ship v. EPA*, 310 F.R.D. 575, 582 (D. Alaska 2015) (subpoenas are invalid when they have "the tendency to chill the free exercise of political speech and association which is protected by the First Amendment").

These protections afforded by the Constitution protect us and our freedom to engage in open and candid discussions about significant issues. But the mere existence of those very discussions is threatened by the chill of subpoenas, like Massachusetts's CID, hanging in the air. Thus, not only is Massachusetts attempting to silence Exxon through the issuance and threat of compelling a response to the CID, this very action harms everyone, stifling consumers and those seeking information in order to evaluate various viewpoints in this public policy debate.

### B.    Climate change is the subject of legitimate international debate.

Massachusetts presumes that the scientific debate regarding climate change is somehow settled, along with the related and equally important public policy debate on how to respond to what science has found. Yet, neither is true. The clearest and most undeniable fact about climate change is that, like so many other areas of science and public policy, the debate is unsettled, the research far from complete, and the

6

path forward unclear. *Amici* agree that "[s]cientists continue to disagree about the degree and extent of global warming and its connection to the actions of mankind,"[7] as do many others. Moreover, science does not teach the obvious public policy response to its data and findings, it merely provides a starting point.

Modern science helps us better understand our world. It constantly subjects to scrutiny various hypotheses against objective data. *See, e.g., Daubert v. Merrell Dow Pharms., Inc.*, 509 U.S. 579, 593 (1993). However, because it is almost never possible for all relevant data to be marshaled, scientific proclamations are always subject to change because of new data, enhanced measurements, or other unforeseen factors. *Cf.* Karl Popper, The Logic of Scientific Discovery 44, 47 (1959). Thus, "[s]cientific controversies must be settled by the methods of science rather than by the methods of litigation." *Underwager v. Salter*, 22 F.3d 730, 736 (7th Cir. 1994)

Accordingly, the intersection of science, law, and public policy should be approached with caution and objectivity. Unfortunate results take root when government invests itself in only one side of a scientific debate since "bad ideas can persist in science for decades, and surrounded by myrmidons of furious defenders they can turn into intolerant dogmas."[8] Unfortunately,

---

[7] Scott Pruitt and Luther Strange, *The Climate-Change Gang*, National Review (May 17, 2016), *available online at* http://www.national review.com/article/435470/climate-change-attorneys-general-overstepping-their-authority.

[8] Matt Ridley, *The Climate Wars and the Damage to Science,* GWPF Essay 3 at p.3 (Global Warming Policy Foundation 2015), *available online at* http://www.thegwpf.com/content/uploads/2015/11/climate-wars.pdf. In addition to being former Science Editor of the Economist, "Matt Ridley is one of the world's foremost science writers. His books have sold over a million copies and been translated into 30 languages. His new book The Evolution of Everything was published in 2015. He is a member of the [Global Warming Policy Foundation]'s Academic Advisory Council. As a landowner, he receives a wayleave income from a coal-mining company." In the words of Ridley,

> I am not a full sceptic of climate change, let alone a 'denier'. I think carbon-dioxide induced warming during this century is likely, though I think it is unlikely to prove rapid and dangerous. So I don't agree with those who say the warming is all natural, or all driven by the sun, or only an artefact of bad measurement, but nor do I think anything excuses bad scientific practice in support of the carbon dioxide theory, and every time one of these scandals erupts and the scientific establishment asks us to ignore it, I wonder if the extreme sceptics are not

[t]his is precisely what has happened with the climate debate and it is at risk of damaging the whole reputation of science. The 'bad idea' in this case is not that climate changes, nor that human beings influence climate change; but that the impending change is sufficiently dangerous to require urgent policy responses. In the 1970s, when global temperatures were cooling, some scientists could not resist the lure of press attention by arguing that a new ice age was imminent. Others called this nonsense and the World Meteorological Organization rightly refused to endorse the alarm. That's science working as it should. In the 1980s, as temperatures began to rise again, some of the same scientists dusted off the greenhouse effect and began to argue that runaway warming was now likely. At first, the science establishment reacted skeptically and a diversity of views was aired. It's hard to recall now just how much you were allowed to question the claims in those days.[9]

Even the premise that "97% of all climate scientists agree on climate change" is argued by Ridley to be pseudo-science. The self-serving conclusion that "97% of all climate scientists agree on climate change" is derived from a poll involving only seventy-nine scientists[10]—hardly a statistically-relevant sample. Moreover, of those seventy-nine scientists, 97% believe that climate change is man-made—not that it was dangerous.[11] "A more recent poll of 1854 members of the American Meteorological Society found the true number is 52 per cent."[12] Indeed,

there has been a systematic and thorough campaign to rule out the middle ground as heretical: not just wrong, but mistaken, immoral and beyond the pale. That's what the word 'denier', with its deliberate connotations of Holocaust denial, is intended to do. For reasons I do not fully understand, journalists have been shamefully happy to go along with this fundamentally religious project. Politicians love this polarizing because it means they can attack a straw man.[13]

---

on to something. I feel genuinely betrayed by the profession that I have spent so much of my career championing.
*Id.* at p.10.

[9] *Id.* at p.4.
[10] *Id.* at p.7.
[11] *Id.*
[12] *Id.*
[13] *Id.* at p.6.

## II. Politicized investigations undermine public confidence.

The transcript of the press conference of the "AG's United for Clean Power" demonstrates that Massachusetts commenced its investigation precisely for the reasons the First Amendment forbids.[14] "It is one thing to use the legal system to pursue public policy outcomes; but it is quite another to use prosecutorial weapons to intimidate critics, silence free speech, or chill the robust exchange of ideas."[15]

Allowing government law enforcement officials to violate constitutional rights is to "violate the sacred trust of the people . . . ." *United States v. Costa*, 356 F. Supp. 606, 609 (D.D.C. 1973). It undermines "the right of the people to be secure in their persons, houses, papers and effects, and would obliterate one of the most fundamental distinctions between our form of government, where officers are *under* the law, and the police-state where they *are* the law." *Johnson v. United States*, 333 U.S. 10, 17 (1948) (emphasis added).

Regrettably, history is embroiled with examples where the legitimate exercise of law enforcement is soiled with political ends rather than legal ones. Massachusetts seeks to repeats that unfortunate history. That the statements and workings of the "AG's United for Clean Power" are entirely one-sided, and target only certain participants in the climate change debate, speaks loudly enough.[16]

### Conclusion

*Amici* aver that the Court should grant Exxon's motion for preliminary relief.

---

[14] *See* n.5, *supra*.

[15] Press Release, Louisiana Department of Justice, Attorney General Jeff Landry Slams Al Gore's Coalition (Mar. 30, 2016) (*available online at* https://www.ag.state.la.us/Article/2207/5).

[16] "[T]his fraud investigation targets only 'fossil fuel companies' and only statements minimizing climate change risks. If it is possible to minimize the risks of climate change, then the same goes for exaggeration. If minimization is fraud, exaggeration is fraud." *See* n.1, *supra*, at p.2. It is also worth noting that "[e]leven of the 17 attorneys general who participated [in the "AG's United for Clean Power" press conference] are the same folks who took part in the 2010 sue-and-settle lawsuit that used federal courts to try to force the adoption of the federal energy regulations that became the EPA's 'Power Plan.'" Michael Batasch, *Kansas AG takes on Al Gore's Alarmism – Won't Join Anti-Exxon "Publicity Stunt,"* The Daily Caller (Apr. 4, 2016), *available online at* http://dailycaller.com/2016/04/04/kansas-ag-takes-on-al-gores-alarmism-wont-join-ant-exxon-publicity-stunt.

Respectfully submitted this the 8th day of September, 2016,

JEFF LANDRY
Attorney General of Louisiana

ALAN WILSON
Attorney General of South Carolina

LUTHER STRANGE
Attorney General of Alabama

BILL SCHUETTE
Attorney General of Michigan

MARK BRNOVICH
Attorney General of Arizona

BRAD SCHIMEL
Attorney General of Wisconsin

DOUG PETERSON
Attorney General of Nebraska

SCOTT PRUITT
Attorney General of Oklahoma

SEAN REYES
Attorney General of Utah

ADAM LAXALT
Attorney General of Nevada

KEN PAXTON
Attorney General of Texas

JEFFREY C. MATEER
First Assistant Attorney General

BRANTLEY STARR
Deputy First Assistant Attorney General

PRERAK SHAH
Senior Counsel to the Attorney General

*/s/ Andrew D. Leonie*
ANDREW D. LEONIE
Associate Deputy Attorney General for the
Office of Special Litigation
Andrew.Leonie@texasattorneygeneral.gov

AUSTIN R. NIMOCKS
Associate Deputy Attorney General for the
Office of Special Litigation
Austin.Nimocks@texasattorneygeneral.gov

MICHAEL TOTH
Senior Counsel for the Office of Special
Litigation

Office of Special Litigation
Texas Attorney General's Office
P.O. Box 12548, Mail Code 009
Austin, Texas 78711-2548
Tel: 512-936-1414
Fax: 512-936-0545

*ATTORNEYS FOR AMICI CURIAE*

10

**CERTIFICATE OF SERVICE**

I hereby certify that on the 8th day of September 2016, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which I understand to have caused service on all counsel of record.

*/s/ Andrew D. Leonie III*
Andrew D. Leonie III
SBOT No. 12216500

# EXHIBIT B

Skip to main content

 About

- Who we are ∨
  - Our company (https://about.twitter.com/en/who-we-are/our-company.html)
  - Twitter for Good (https://about.twitter.com/en/who-we-are/twitter-for-good.html)
  - Careers (https://careers.twitter.com/)
  - Brand toolkit (https://about.twitter.com/en/who-we-are/brand-toolkit.html)

- Our priorities ∨
  - Healthy conversations (https://about.twitter.com/en/our-priorities/healthy-conversations.html)
  - Security and privacy (https://about.twitter.com/en/our-priorities/security-and-privacy.html)
  - Civic integrity (https://about.twitter.com/en/our-priorities/civic-integrity.html)

- Resources ∨
  - Help Center (https://help.twitter.com)
  - Privacy Center (https://privacy.twitter.com)
  - Advertisers (https://business.twitter.com/advertising)
  - Developers (https://developer.twitter.com/)
  - Company updates (https://blog.twitter.com/)
  - Lobbying disclosures (https://about.twitter.com/en/resources/lobbying-disclosures.html)

Go to Twitter.com (https://twitter.com/)

# Healthy conversations

We're working to make Twitter a safe place for free expression.

About Twitter | Healthy conversations

# You should be able to speak your mind and find credible information easily.

Twitter is an open service that's home to a world of diverse people, perspectives, ideas and information. We're committed to protecting the health of the public conversation — and we take that commitment seriously.

## OUR AREAS OF FOCUS

### Safety

We want people on Twitter to have safe, inclusive, and authentic conversations. With that goal in mind, we work hard to minimize toxic and illegal content, and give people tools to control their interactions.

### Account and service integrity

We do our best to keep people with bad intent from creating or maintaining accounts, compromising the accounts of others, or artificially boosting harmful content. This helps us protect the safety, security, and credibility of Twitter accounts.

### Positive impact on society

We foster free and global conversations, and are committed to healthy discourse. That means we try to minimize the distribution and reach of harmful or misleading information, especially when its intent is to disrupt a civic process or cause offline harm.

## HOW WE ENFORCE THE RULES

# We want you to join the conversation and feel safe.

Our rules are intended to create a culture of trust and respect, so the way we approach enforcement is pretty simple.

- We work hard to make interactions with us understandable, efficient, and fair.

- We'll try to give you as much information as possible. If we make a mistake, we'll say so.

- We give you the necessary tools to control your conversations, and we're here when you need us.

- Play by the rules and you're free to express yourself however you like.

# Healthy public conversation requires a group effort

Our Trust and Safety Council is a group of independent expert organizations from around the world.

View partner organizations (https://about.twitter.com/en/our-priorities/healthy-conversations/trust-and-safety-council.html)

# Find out more

- See what we're doing to **build a healthier Twitter** (https://blog.twitter.com/en_us/topics/company/2019/health-update.html).
- Take a look at our **rules and policies (https://help.twitter.com/en/rules-and-policies)**.
- Check out the **Transparency Center (https://transparency.twitter.com/)** (and **how it works** (https://blog.twitter.com/en_us/topics/company/2020/new-transparency-center.html)).
- Get the truth about **common Twitter myths (https://help.twitter.com/en/using-twitter/twitter-myths)**.
- Find out how to **report abusive behavior (https://help.twitter.com/en/safety-and-security/report-abusive-behavior)**.

# Latest updates

Updates to our work on COVID-19 vaccine misinformation

Read more
(https://blog.twitter.com/en_us/topics/company/2021/updates-to-our-work-on-covid-
19-vaccine-misinformation.html)

#SaferInternetDay 2021: Together for a better Internet

Read more
(https://blog.twitter.com/en_us/topics/company/2021/saferinternetday2021togetherfor
abetterinternet.html)

Coronavirus: Staying safe and informed on Twitter

Read more
(https://blog.twitter.com/en_us/topics/company/2020/covid-19.html)


© 2021 Twitter, Inc.

Cookies (https://help.twitter.com/rules-and-policies/twitter-cookies)

Privacy (https://twitter.com/privacy)

Terms and conditions (https://twitter.com/tos)

# EXHIBIT C

Skip to main content

 Transparency

- Reports ⌄

- About (https://transparency.twitter.com/en/about.html)
- Resources (https://transparency.twitter.com/en/resources.html)





Rules EnforcementAccounts Actioned

- Accounts Actioned
- Accounts Reported

Jan - Jun 2020 ⌄   🗓

- Report 17:Jan - Jun 2020
- Report 16:Jul - Dec 2019
- Report 15:Jan - Jun 2019
- Report 14:Jul - Dec 2018

Download Report ⌄   ⬇

- Download PDF
- Download CSV (https://transparency.twitter.com/content/dam/transparency-twitter/download/2020-jan-jun/Twitter_Transparency-Rules_Enforcement_Jan-Jun-2020.csv)

Published on January 11, 2021

**01.**

---

**02.**

---

**03.**
**Analysis**

# 01.  Latest Data: Accounts Actioned





| Report | Accounts actioned | Accounts suspended | Content removed |
|---|---|---|---|
| **Total** | 7,142,916 | 3,261,905 | 7,931,587 |
| **January - June 2020** | 1,940,082 | 925,744 | 1,927,063 |
| **July - December 2019** | 2,316,314 | 872,855 | 2,863,181 |
| **January - June 2019** | 1,578,795 | 687,397 | 1,914,471 |
| **July - December 2018** | 1,307,725 | 775,909 | 1,226,872 |

## 02.
## Overview

Twitter's purpose is to serve the public conversation. We welcome people to share their unique point of view on Twitter, but there are some behaviors that discourage others from expressing themselves or place people at risk of harm. The Twitter Rules exist to help ensure that all people can participate in the public conversation freely and safely, and include specific policies that explain the types of content and behavior that are prohibited.

This section covers the latest data about instances where we've taken enforcement actions under the Twitter Rules to either require the removal of specific Tweets or to suspend accounts. These metrics are referred to as: accounts actioned, content removed, and accounts suspended. More details about our range of enforcement options are available in our Help Center (https://help.twitter.com/en/rules-and-policies/enforcement-options).

Twitter's operations were affected due to the unprecedented COVID-19 (http://covid19.twitter.com/) pandemic. Starting in March, the majority of our global operations centers were temporarily closed due to lockdown orders and related health concerns, significantly reducing our human review capacity. We maintained dedicated resources focused on reviewing and taking enforcement action against content most likely to cause severe harm (for example, child sexual exploitation and terrorism) in addition to prioritizing reports where we were able to predict a high likelihood of a Rules violation. As a result of this prioritization, we saw significant slowdowns and backlogs in other areas, and have continued to evolve our approach.

Some notable changes since our last report:

**"Accounts actioned" reflects the number of unique accounts that were suspended or had some content removed for violating the Twitter Rules.**

**“Accounts suspended" reflects the number of unique accounts that were suspended for violating the Twitter Rules.**

**“Content removed” reflects the number of unique pieces of content (such as Tweets or an account's profile image, banner, or bio) that Twitter required account owners to remove for violating the Twitter Rules.**

Accounts actioned

**-16%**

Decrease in **accounts actioned** compared to the last reporting period.

Accounts suspended

**+6%**

Increase in **accounts suspended** compared to the last reporting period.

Content removed

**-33%**

Decrease in **content removed** compared to the last reporting period.



Rules enforcement - Twitter Transparency Center



Accounts actioned

# -16<sup>%</sup>

Decrease in **accounts actioned** compared to the last reporting period.

Accounts suspended

# +6<sup>%</sup>

Increase in **accounts suspended compared** to the last reporting period.

Content removed

# -33<sup>%</sup>

Decrease in **content removed** compared to the last reporting period.

Case 3:21-cv-01644-MMC Document 5-3 Filed 03/08/21 Page 30 of 127





## 03. Analysis

- •
- Bars
- Table



1-7 of 13

- 1
- 2

View All

| Policy Category | Accounts actioned | Accounts suspended | Content removed |
|---|---|---|---|
| | ▬ | ▬ | ▬ | ▬ |
| **Total** | 1,940,082 | 925,744 | 1,927,063 |
| **Abuse/harassment** | 398,057 | 72,139 | 609,253 |
| **Child sexual exploitation** | 444,781 | 438,809 | 10,343 |
| **Civic integrity** | 2,351 | 0 | 2,710 |
| **COVID-19 misleading information** | 4,658 | 1,751 | 4,647 |
| **Hateful conduct** | 635,415 | 127,954 | 955,212 |
| **Illegal or certain regulated goods or services** | 56,513 | 54,070 | 16,663 |
| **Impersonation** | 131,136 | 120,066 | 12,484 |

**Big picture**

We have a global team that manages enforcement of the Twitter Rules with 24/7 coverage in every supported language on Twitter. Our goal is to apply the Twitter Rules objectively and consistently. Enforcement actions are taken on content that is determined to violate the Twitter Rules.

*We support the spirit of the Santa Clara Principles on Transparency and Accountability in Content Moderation (https://santaclaraprinciples.org), and are committed to sharing more detailed information about how we enforce the Twitter Rules in future reports.*

## Safety

The "Safety" section of the Twitter Rules covers violence, terrorism/violent extremism, child sexual exploitation, abuse/harassment, hateful conduct, promoting suicide or self-harm, sensitive media (including graphic violence and adult content), and illegal or certain regulated goods or services. More information about each policy can be found in the Twitter Rules (https://help.twitter.com/en/rules-and-policies/twitter-rules).

Some notable changes since the last report:

Violence

There was a **48% decrease** in the number of accounts actioned for violations of our violence policies during this reporting period.

Terrorism/violent extremism

There was a **5% increase** in the number of accounts actioned for violations of our terrorism / violent extremism policy during this reporting period.

Child sexual exploitation

There was a **68% increase** in the number of accounts actioned for violations of our child sexual exploitation policy during this reporting period.

Abuse/harassment

There was a **34% decrease** in the number of accounts actioned for violations of our abuse policy during this reporting period.

Hateful conduct

There was a **35% decrease** in the number of accounts actioned for violations of our hateful conduct policy during this reporting.

Promoting suicide or self-harm

There was a **49% decrease** in the number of accounts actioned for violations of our suicide or self-harm policy during this reporting period.

Sensitive media, including graphic violence and adult content

There was a **15% increase** in the number of accounts actioned for violations of our sensitive media policy during this reporting period.

Illegal or certain regulated goods or services

There was a **7% decrease** in the number of accounts actioned for violations of our illegal or certain regulated goods or services policy during this reporting period.





Other select takeaways:

### Terrorism/violent extremism

The Twitter Rules prohibit the promotion of terrorism and violent extremism (https://help.twitter.com/en/rules-and-policies/violent-groups). Action was taken on 90,684 unique accounts under this policy during this reporting period. 94% of those accounts were proactively identified and actioned. Our current methods of surfacing potentially violating content for review include leveraging the shared industry hash database supported by the Global Internet Forum to Counter Terrorism (GIFCT).

### Child sexual exploitation

We do not tolerate child sexual exploitation on Twitter. When we are made aware of child sexual exploitation media, including links to images of or content promoting child exploitation, the material will be removed from the site without further notice and reported to The National Center for Missing & Exploited Children ("NCMEC"). People can report content that appears to violate the Twitter Rules regarding Child Sexual Exploitation (https://help.twitter.com/en/rules-and-policies/sexual-exploitation-policy) via our web form (https://help.twitter.com/forms/cse) or through in-app reporting.

438,809 unique accounts were suspended during this reporting period for violating Twitter policies prohibiting child sexual exploitation. 91% of those accounts were proactively identified by employing internal proprietary tools and industry hash sharing initiatives. These tools and initiatives support our efforts to surface potentially violative content for further review and, if appropriate, removal.

**Sensitive media, including graphic violence and adult content**

These policies saw the largest increase in the number of accounts actioned during this reporting period.

**Hateful conduct**

Hateful conduct expanded to include a new dehumanization policy on March 5, 2020 (https://blog.twitter.com/en_us/topics/company/2019/hatefulconductupdate.html).

# Privacy

The "Privacy" section of the Twitter Rules covers private information and non-consensual nudity. More information about each policy can be found in the Twitter Rules (https://help.twitter.com/en/rules-and-policies/twitter-rules).

Some notable changes since the last report:

Private information

There was a **14% increase** in the number of accounts actioned for violations of our private information policy during this reporting period.

Non-consensual nudity

There was a **48% decrease** in the number of accounts actioned for violations of our non-consensual nudity policy during this reporting period.





Other select takeaways:

**Private information**

This reporting period saw the largest increase in the number of accounts actioned under this policy. Internal tooling improvements allowed us to increase enforcement of this policy.

**Authenticity**

The "Authenticity" section of the Twitter Rules covers platform manipulation and spam, civic integrity, impersonation, synthetic and manipulated media, and copyright and trademark. We have standalone report pages for platform manipulation and spam, copyright, and trademark, and cover civic integrity and impersonation enforcement actions in this section.[1] More information about each policy can be found in the Twitter Rules (https://help.twitter.com/en/rules-and-policies/twitter-rules).

Some notable changes since the last report:

Civic integrity

There was a **37% increase** in the number of accounts actioned for violations of our civic integrity policy during this reporting period.

Impersonation

There was a **28% decrease** in the number of accounts actioned for violations of our impersonation policy during this reporting period.

COVID-19 misleading misinformation

-
We **suspended or required the removal of content from 4,658 accounts** for violations of our COVID-19 misleading information policy during this reporting period. This number does not include accounts where we applied a label or warning message.

(https://blog.twitter.com/en_us/topics/company/202 0/An-update-on-our-continuity-strategy-during-COVID-19.html)

Rules Enforcement - Twitter Transparency Center



Case 3:21-cv-01644-MMC Document 5-3 Filed 03/08/21 Page 41 of 127



Other select takeaways:

**Civic Integrity**

This reporting period saw an increase in the number of accounts actioned under this policy. Enforcements increased in the lead up to the US elections in November 2020.

Published on December 18, 2020

**01.**

**02.**

_____

**03.**

**Analysis**

# 01.  Latest Data: Accounts Reported



- •
- Bars
- Table

🔍 [_____]

1-7 of 9

< 

- 1
- 2

>

View All

| Policy Category | Accounts reported |
|---|---|
| **Total** | 12,441,868 |
| **Abuse/harassment** | 5,138,663 |
| **Child sexual exploitation** | 92,485 |
| **Hateful conduct** | 6,055,642 |
| **Impersonation** | 1,571,672 |
| **Non-consensual nudity** | 609,842 |
| **Private information** | 1,115,655 |
| **Promoting suicide or self-harm** | 1,579,155 |

**02.**

## Overview

Insights into [accounts reported] for violations of the Twitter Rules.

**"Accounts reported" reflects the total number of unique accounts that users reported for potentially violating the Twitter Rules.**

Accounts reported

# +30%

Increase in **accounts reported** compared to the
last reporting period.



Case 3:21-cv-01644-MMC Document 5-3 Filed 03/08/21 Page 44 of 127



Accounts reported

**+30%**

Increase in **accounts reported** compared to the last reporting period.





## 03.

## Analysis

**Big picture**

Reported content is reviewed to determine whether it violates any aspects of the Twitter Rules, *independent* of its initial report category. For example, content reported under our private information policy may be found to violate – and be actioned under – our hateful conduct policies. We may also determine that reported content does not violate the Rules at all.

The policy categories in this section do not map cleanly to the ones in the Accounts Actioned section above. This is because people typically report content for possible Twitter Rules violations through our Help Center (https://help.twitter.com/forms) or in-app reporting (https://help.twitter.com/en/safety-and-security/report-abusive-behavior).

*We support the spirit of the Santa Clara Principles on Transparency and Accountability in Content Moderation (https://santaclaraprinciples.org), and are committed to sharing more detailed information about how we enforce the Twitter Rules in future reports.*

**Footnotes**

**Accounts Actioned**

To provide meaningful metrics, we de-duplicate accounts which were actioned multiple times for the same policy violation. This means that if we took action on a Tweet or account under multiple policies, the account would be counted separately under each policy. However, if we took action on a Tweet or account multiple times under the same policy (for example, we may have placed an account in read-only mode temporarily and then later also required media or profile edits on the basis of the same violation), the account would be counted once under the relevant policy.

1. Our synthetic and manipulated media policy launched in February 2020 and, as such, there is no enforcement data to share for this reporting period. We plan to include this information in future reports.

**Accounts Reported**

To provide meaningful metrics, we de-duplicate accounts which were reported multiple times (whether multiple users reported an account for the same potential violation, or whether multiple users reported the same account for different potential violations). For the purposes of these metrics, we similarly de-duplicate reports of specific Tweets. This means that even if we received reports about multiple Tweets by a single account, we only counted these reports towards the "accounts reported" metric once.

# Other reports



Information Requests

-
-
-
-

## Legal requests for account information

(https://transparency.twitter.com/en/reports/informati on-requests.html)



Platform Manipulation

- 
- 
- 

- 

## Malicious automation and spam

- 

- 

(https://transparency.twitter.com/en/reports/platform
-manipulation.html)



Information Operations

- 
- 
- 

- 

## Disclosures and elections integrity

-

‑

(https://transparency.twitter.com/en/reports/informati
on-operations.html)





© 2021 Twitter, Inc.

Cookies (https://help.twitter.com/rules-and-policies/twitter-cookies)

Privacy (https://twitter.com/privacy)

Terms and conditions (https://twitter.com/tos)

English

   Transparency

- English
- Español
- Deutsch
- Français
- 日本語
- Türkçe
- Português

# EXHIBIT D

 **Help Center**

# The Twitter Rules

Twitter's purpose is to serve the public conversation. Violence, harassment and other similar types of behavior discourage people from expressing themselves, and ultimately diminish the value of global public conversation. Our rules are to ensure all people can participate in the public conversation freely and safely.

## Safety

<u>Violence:</u> You may not threaten violence against an individual or a group of people. We also prohibit the glorification of violence. Learn more about our violent threat (https://help.twitter.comhttps://help.twitter.com/rules-and-policies/violent-threats-glorification) and glorification of violence (https://help.twitter.comhttps://help.twitter.com/rules-and-policies/glorification-of-violence) policies.

<u>Terrorism/violent extremism:</u> You may not threaten or promote terrorism or violent extremism. Learn more (https://help.twitter.comhttps://help.twitter.com/rules-and-policies/violent-groups).

<u>Child sexual exploitation:</u> We have zero tolerance for child sexual exploitation on Twitter. Learn more (https://help.twitter.comhttps://help.twitter.com/rules-and-policies/sexual-exploitation-policy).

<u>Abuse/harassment:</u> You may not engage in the targeted harassment of someone, or incite other people to do so. This includes wishing or hoping that someone experiences physical harm. Learn more (https://help.twitter.comhttps://help.twitter.com/rules-and-policies/abusive-behavior).

<u>Hateful conduct:</u> You may not promote violence against, threaten, or harass other people on the basis of race, ethnicity, national origin, caste, sexual orientation, gender, gender identity, religious affiliation, age, disability, or serious disease. Learn more (https://help.twitter.comhttps://help.twitter.com/rules-and-policies/hateful-conduct-policy).

<u>Suicide or self-harm:</u> You may not promote or encourage suicide or self-harm. Learn more (https://help.twitter.comhttps://help.twitter.com/rules-and-policies/glorifying-self-harm).

Feedback

<u>Sensitive media, including graphic violence and adult content:</u> You may not post media that is excessively gory or share violent or adult content within live video or in profile or header images. Media depicting sexual violence and/or assault is also not permitted. Learn more (https://help.twitter.comhttps://help.twitter.com/rules-and-policies/media-policy).

<u>Illegal or certain regulated goods or services:</u> You may not use our service for any unlawful purpose or in furtherance of illegal activities. This includes selling, buying, or facilitating transactions in illegal goods or services, as well as certain types of regulated goods or services. Learn more (https://help.twitter.comhttps://help.twitter.com/rules-and-policies/regulated-goods-services).

# Privacy

<u>Private information:</u> You may not publish or post other people's private information (such as home phone number and address) without their express authorization and permission. We also prohibit threatening to expose private information or incentivizing others to do so. Learn more (https://help.twitter.comhttps://help.twitter.com/rules-and-policies/personal-information).

<u>Non-consensual nudity:</u> You may not post or share intimate photos or videos of someone that were produced or distributed without their consent. Learn more (https://help.twitter.comhttps://help.twitter.com/rules-and-policies/intimate-media).

# Authenticity

<u>Platform manipulation and spam:</u> You may not use Twitter's services in a manner intended to artificially amplify or suppress information or engage in behavior that manipulates or disrupts people's experience on Twitter. Learn more (https://help.twitter.comhttps://help.twitter.com/rules-and-policies/platform-manipulation).

<u>Civic Integrity:</u> You may not use Twitter's services for the purpose of manipulating or interfering in elections or other civic processes. This includes posting or sharing content that may suppress participation or mislead people about when, where, or how to participate in a civic process. Learn more (https://help.twitter.comhttps://help.twitter.com/rules-and-policies/election-integrity-policy).

<u>Impersonation:</u> You may not impersonate individuals, groups, or organizations in a manner that is intended to or does mislead, confuse, or deceive others. Learn more (https://help.twitter.comhttps://help.twitter.com/rules-and-policies/twitter-impersonation-policy).

<u>Synthetic and manipulated media:</u> You may not deceptively share synthetic or manipulated media that are likely to cause harm. In addition, we may label Tweets containing synthetic and manipulated media to help people understand their authenticity and to provide

Feedback

additional context. Learn more (https://help.twitter.comhttps://help.twitter.com/rules-and-policies/manipulated-media).

Copyright and trademark: You may not violate others' intellectual property rights, including copyright and trademark. Learn more about our trademark policy (https://help.twitter.comhttps://help.twitter.com/rules-and-policies/twitter-trademark-policy) and copyright policy (https://help.twitter.comhttps://help.twitter.com/rules-and-policies/copyright-policy).

## Enforcement and Appeals

Learn more about our approach to enforcement (https://help.twitter.comhttps://help.twitter.com/rules-and-policies/enforcement-philosophy), including potential consequences for violating these rules or attempting to circumvent enforcement, as well as how to appeal.

## Third-party advertising in video content

You may not submit, post, or display any video content on or through our services that includes third-party advertising, such as pre-roll video ads or sponsorship graphics, without our prior consent.

Note: we may need to change these rules from time to time in order to support our goal of promoting a healthy public conversation. The most current version is always available at https://twitter.com/rules (https://help.twitter.comhttps://twitter.com/rules).

# Was this article helpful?\*

 

Submit

# EXHIBIT E

 Blog

Back

highTint

# Coronavirus: Staying safe and informed on Twitter

By Twitter Inc.

Tuesday, 12 January 2021

 f  in  🔗

Link copied successfully

## As the global community faces the COVID-19 pandemic together, Twitter is helping people find reliable information, connect with others, and follow what's happening in real time.

## Click through the menu below to find the latest updates on our critical work.

*Editorial note: This blog was first posted on Friday, 3 April 2020 and last updated Tuesday, 12 January 2021, to reflect updated proactive enforcement metrics.*

## 1. Helping people find reliable information

COVID-19: Staying safe and informed on Twitter

- COVID-19 tab in Explore
- COVID-19 account verification
- Global expansion of the COVID-19 search prompt
- A dedicated COVID-19 event page
- Launch of a new dedicated #KnowTheFacts search prompt
- Direct engagement with organizations working to contain the threat

## 2. Protecting the public conversation

- Clarifying how we assess misleading information
- Updating our approach to misleading information
- Broadening our guidance on unverified claims
- Our ads policy for COVID-19
- Broadening our definition of "harm"
- An update on our content moderation work
- Automated technology and what to expect if you file a report
- Additional triage, quality assurance, and ongoing review of Twitter's rules
- Our zero-tolerance approach to platform manipulation

## 3. Partnering with organizations and public engagement

- Resources for those battling substance abuse disorders, in recovery
- #WorldHealthDay: Clapping for our healthcare heroes
- #WorldHealthDay: Twitter Q&A with the World Health Organization
- #AsktheGov and #AsktheMayor Q&As hosted on Twitter
- Supporting the #BuildforCovid19 Hackathon
- Protecting and supporting journalists
- Working together with industry peers to keep people safe
- Promoting proper handwashing with the #SafeHands emoji
- Building partnerships to protect the public conversation
- #AdsForGood support and additional protections
- Furthering our partnerships
- Donation matching

**4. Empowering Research of COVID-19 on Twitter**

- Enabling study of the public conversation in a time of crisis

**5. Ensuring site reliability**

- How we're keeping the service running and the Tweets flowing
- How we're working differently, and what it means for you

**6. Keeping our employees and partners safe**

- #LoveWhereverYouWork
- Mandatory work from home and supporting our employees
- Suspending noncritical business travel and events

**7. Sharing Twitter's metrics**

- Updated proactive enforcement metrics
- An update to our proactive enforcement and metrics on elevated credible information
- An update on our proactive enforcement and spam detection
- Our platform usage
- Quantifying our efforts to reduce misleading and potentially harmful content

# 1. Helping people find reliable information

*May 18, 2020*
**COVID-19 tab in Explore**

We've added a new tab (https://twitter.com/explore/tabs/covid-19) in Explore so it's easier to find the latest information on COVID-19. The tab will include curated pages highlighting the latest news such as public service announcements, Tweets from public health experts and journalists, as well as stories about how people are coping and helping each other.

This is available in Argentina, Australia, Brazil, Canada, Colombia, Egypt, India, Ireland, Japan, Mexico, New Zealand, Saudi Arabia, Spain, United Arab Emirates, United Kingdom, and United States for people on twitter.com, iOS, and Android.

*March 20, 2020*
**COVID-19 account verification**

*March 4, 2020*
**Global expansion of the COVID-19 search prompt**

Launched six days before the official designation of the virus in January 2020, we continue to expand our dedicated search prompt feature to ensure that when you come to the service for information about COVID-19, you are met with credible, authoritative content at the top of search. We have been consistently monitoring the conversation on the service to make sure keywords — including common misspellings — also generate the search prompt.

In each country where we have launched the initiative, we have partnered with the national public health agency or the World Health Organization (@WHO (https://twitter.com/WHO)) directly. The proactive search prompt is in place with official local partnerships in more than 70 countries around the world.

They include: Australia, Austria, Belgium, Brazil, Brunei, Cambodia, Canada, Cyprus, Denmark, Egypt, Estonia, Finland, France, Germany, Hong Kong, Iceland, India, Indonesia, Ireland, Italy, Japan, Jordan, Korea, Laos, Latvia, Lebanon, Malaysia, Mongolia, Myanmar, Netherlands, New Zealand, Norway, Paraguay, Philippines, Poland, Singapore, Spain, Sri Lanka, Sudan, Sweden, Switzerland, Taiwan, Thailand, Turkey, United Kingdom, United States, Uruguay, Vietnam, and Yemen.

**A dedicated COVID-19 event page**

We have also ensured the Events feature contains credible information about COVID-19 (https://twitter.com/i/events/1219057585707315201) and is available at the top of the Home timeline for everyone in 30+ countries.

Read the original post. (https://blog.twitter.com/en_us/topics/company/2020/stepping-up-our-work-to-protect-the-public-conversation-around-covid-19.html)

*January 29, 2020*
**Launch of a new dedicated #KnowTheFacts search prompt**

As the global conversation continues around the spread of COVID-19, we want to share the work we're doing to surface the right information, to promote constructive engagement, and to highlight credible information on this emerging issue. We've seen tens of millions of Tweets on this topic in the past four weeks and that trend looks set to continue.

Given the rapidly evolving nature of the issue and the growing international response, we've launched a new dedicated search prompt to ensure that when you come to the service for information about the #coronavirus, you're met with credible, authoritative information first. In addition, we're halting any auto-suggest results that are likely to direct individuals to noncredible content on Twitter. This is an expansion of our **Know the facts** (https://blog.twitter.com/en_us/topics/company/2019/helping-you-find-reliable-public-health-information-on-twitter.html) prompt, which we specifically put in place for the public to find clear, credible information on immunization and vaccination health.

Our official #coronavirus (https://twitter.com/hashtag/coronavirus) partnerships are now in place in Australia, Austria, Belgium, Brazil, Brunei, Cambodia, Canada, Cyprus, Denmark, Egypt, Estonia, Finland, France, Germany, Hong Kong, Iceland, India, Indonesia, Ireland, Italy, Japan, Jordan, Korea, Laos, Latvia, Lebanon, Malaysia, Mongolia, Myanmar, Netherlands, New Zealand, Norway, Paraguay, Philippines, Poland, Singapore, Spain, Sri Lanka, Sudan, Sweden, Switzerland, Taiwan, Thailand, Turkey, United Kingdom, United States, Uruguay, Vietnam, and Yemen.

**Direct engagement with organizations working to contain the threat**

Finally, our Global Public Policy team is proactively seeking ways to integrate the product with organizations involved in the effort to contain the threat. Experts, NGOs, and governments play a pivotal public service role, using Twitter to reach people with

the right information when they need it. We're committed to playing our part to amplify authoritative, official content across the globe.

For more, please follow @TwitterGov (https://twitter.com/TwitterGov) and @Policy (https://twitter.com/Policy), where we will provide updates as appropriate.

Read the original post. (https://blog.twitter.com/en_us/topics/company/2020/authoritative-information-about-novel-coronavirus.html)

**Back to top**

---

**2. Protecting the public conversation**

*July 14, 2020*

**Clarifying how we assess misleading information**

Today we are further clarifying our rules against potentially misleading information about COVID-19.  This update includes additional details on what factors we take into account when considering content for removal.

Our primary goal with addressing misleading information about COVID-19 has not changed. We will continue to remove demonstrably false or potentially misleading content that has the highest risk of causing harm. However, we are providing additional details about our framework for evaluating a potentially misleading claim, including when we would or would not require Tweets to include an explicit call to action (e.g. "everyone should stop wearing masks!") in order to take action.

When evaluating whether or not to remove the most harmful misinformation on our platform, we consider three criteria:

**1. Is the content advancing a claim of fact regarding COVID-19?**

For a Tweet to qualify as a misleading claim, it must be an assertion of fact (not an opinion), expressed definitively, and intended to influence others' behavior. Some examples include information about:

- the origin, nature, and characteristics of the virus;
- preventative measures, treatments/cures, and other precautions;
- the prevalence of viral spread, or the current state of the crisis;
- official health advisories, restrictions, regulations, and public-service announcements;
- how vulnerable communities are affected by/responding to the pandemic.

## 2. Is the claim demonstrably false or misleading?

Under this policy, we consider claims to be false or misleading if (1) they have been confirmed to be false by subject-matter experts, such as public health authorities; or (2) they include information which is shared in a way that could confuse or deceive people. Some of the factors we consider include:

- Whether the content of the Tweet, including media, has been significantly altered, manipulated, doctored, or fabricated;
- Whether claims are presented improperly or out of context;
- Whether claims shared in a Tweet are widely accepted by experts to be inaccurate or false.

## 3. Would belief in this information, as presented, lead to harm?

We will not be able to take enforcement action on every Tweet that contains incomplete or disputed information about COVID-19. Our focus in the COVID-19 policy is narrowed to address those claims that could adversely impact an individual, group, or community. We are most concerned with misleading information that:

- May increase the likelihood of exposure to the virus;
- May have adverse effects on the public health system's capacity to cope with the crisis;
- Could lead to discrimination and avoidance of communities and/or places of business based on their perceived affiliation with protected groups.

**COVID-19 related content that meet all three of the criteria defined above**—i.e. that are claims of fact, demonstrably false or misleading, and likely to cause harm— **may not be shared on Twitter and are subject to removal**. Accounts that break this rule repeatedly may be permanently suspended. Further details about some of the most common types of misleading claims which we will remove under this policy are provided below. (https://blog.twitter.com/en_us/topics/company/2020/covid-19.html#moderation)

We may <u>label or place a warning on tweets</u>
(https://blog.twitter.com/en_us/topics/product/2020/updating-our-approach-to-misleading-information.html) to provide additional context in situations where the risks of harm associated with a Tweet are less severe but where people may still be confused or misled. This will make it easier to find facts and make informed decisions about what people see on Twitter. In line with our existing enforcement approach, (https://help.twitter.com/en/safety-and-security/tweet-visibility) Tweets that are labeled under this expanded guidance will have reduced visibility across the service. Reducing the visibility of Tweets means that we will not amplify the Tweets on a number of surfaces across Twitter. However, anyone following the account will still be able to see the Tweet and Retweet.

The world has changed since this pandemic was first declared and public health experts, medical professionals, scientists and researchers now know more about how we can best stay safe and healthy. As the situation evolves and as global health advisories shift to cope with the pandemic, we are committed to ensuring our rules and enforcement actions reflect that evolution.

*May 11, 2020*

**Updating our approach to misleading information**

In serving the public conversation, our goal is to make it easy to find credible information on Twitter and to limit the spread of potentially harmful and misleading content. Starting today, we're introducing new labels and warning messages that will provide additional context and information on some Tweets containing disputed or misleading information related to COVID-19. For more information see the full update to our approach on misleading information here. (https://blog.twitter.com/en_us/topics/product/2020/updating-our-approach-to-misleading-information.html)

*April 22, 2020*

**Broadening our guidance on unverified claims**

Going forward and specific to COVID-19, unverified claims that have the potential to incite people to action, could lead to the destruction or damage of critical infrastructure, or cause widespread panic/social unrest may be considered a violation of our policies. Examples include, "The National Guard just announced that no more

COVID-19: Staying safe and informed on Twitter

shipments of food will be arriving for two months — run to the grocery store ASAP and buy everything" or "5G causes coronavirus — go destroy the cell towers in your neighborhood!".

## April 2, 2020

**Our ads policy for COVID-19**

In response to the shifting advertising landscape, and in order to support helpful causes during this time, we're now allowing managed clients and partners to advertise content containing implicit or explicit reference to COVID-19 in the following use cases, with restrictions:

- Adjustments to business practices and/or models in response to COVID-19
- Support for customers and employees related to COVID-19

The following restrictions apply to these use cases:

- Distasteful references to COVID-19 (or variations) are prohibited
- Content may not be sensational or likely to incite panic
- Prices of products related to COVID-19 may not be inflated
- The promotion of certain products related to COVID-19 may be prohibited. We currently prohibit the advertising of medical facemasks and alcohol hand sanitizers. Please note that other products may be added to this list and enforcement can be retroactive.
- The mention of vaccines, treatments and test kits is permitted, only in the form of information, from news publishers which have been exempted under the Political Ads Content (https://business.twitter.com/en/help/ads-policies/prohibited-content-policies/political-content.html) policy.

Read more about the policy (https://business.twitter.com/en/help/ads-policies/prohibited-content-policies/inappropriate-content.html).
For more COVID-19 Twitter resources for advertisers, visit marketing.twitter.com/covid19 (http://marketing.twitter.com/covid19).

*April 1, 2020*
**Broadening our definition of "harm"**

COVID-19: Staying safe and informed on Twitter

We have broadened our definition of harm to address content that goes directly against guidance from authoritative sources of global and local public health information. Rather than reports, we are enforcing this in close coordination with trusted partners, including public health authorities and governments, and continue to use and consult with information from those sources when reviewing content.

- We'll continue to prioritize removing content when it has a clear call to action that could directly pose a risk to people's health or well-being, but we want to make it clear that we will not be able to take enforcement action on every Tweet that contains incomplete or disputed information about COVID-19. This is not meant to limit good faith discussion or expressing hope about ongoing studies related to potential medical interventions that show promise.
- Since introducing these policies on March 18, we have removed more than 1,100 Tweets containing misleading and potentially harmful content from Twitter. Additionally, our automated systems have challenged more than 1.5 million accounts which were targeting discussions around COVID-19 with spammy or manipulative behaviors. We will continue to use both technology and our teams to help us identify and stop spammy behavior and accounts.
- We may also apply the public interest notice (https://blog.twitter.com/en_us/topics/company/2019/worldleaders2019.html) in cases where world leaders (https://blog.twitter.com/en_us/topics/company/2019/publicinterest.html) violate the COVID-19 guidelines.

**Automated technology and what to expect if you file a report**

How are we using automated technology during this time?

- To help us review reports more efficiently by surfacing content that's most likely to cause harm and should be reviewed first.
- To help us proactively identify rule-breaking content before it's reported. Our systems learn from past decisions by our review teams, so over time, the technology is able to help us rank content or challenge accounts automatically.
- For content that requires additional context, such as misleading information around COVID-19, our teams will continue to review those reports manually.

What you can expect if you file a report during this time:

- If you've reported an account or Tweet to us, it will take longer than normal for us to get back to you. We appreciate your patience as we continue to make adjustments.
- Because these automated systems don't have all of the context and insight our team has, we'll make mistakes. If you think we've made a mistake, you can let us know and appeal here (https://help.twitter.com/forms/general).

We appreciate your patience as we work to keep our teams safe, while also making sure we're protecting everyone on Twitter. You can always continue to use hide replies, mute, block, reply filters, and the other tools we offer (https://help.twitter.com/en/a-safer-twitter) you to control conversations on the service.

Read the original post. (https://blog.twitter.com/en_us/topics/company/2020/An-update-on-our-continuity-strategy-during-COVID-19.html)

*March 27, 2020*

**An update on our content moderation work**

We have broadened our definition of harm to address content that goes directly against guidance from authoritative sources of global and local public health information. Rather than reports, we are enforcing this in close coordination with trusted partners, including public health authorities and governments, and continue to use and consult with information from those sources when reviewing content.

Under this guidance, we will require people to remove Tweets that include:

- Statements which are intended to influence others to violate recommended COVID-19 related guidance from global or local health authorities to decrease someone's likelihood of exposure to COVID-19, such as: "social distancing is not effective," or "now that it's summertime, you don't need a mask anymore, so don't wear your mask!"
- *Note: We will not require the removal of Tweets that include information about or encouragement to participate in demonstrations or protests.*
- Misleading claims that unharmful but ineffective methods are cures or absolute treatments for COVID-19, such as "Coronavirus is vulnerable to UV radiation - walking outside in bright sunlight will prevent COVID-19."
- Description of harmful treatments or preventative measures which are known to be ineffective or are being shared out of context to mislead people, such as "drinking bleach and ingesting colloidal silver will cure COVID-19."
- Denial of established scientific facts about transmission during the incubation period or transmission guidance from global and local health authorities, such as "COVID-19 does not infect children because we haven't seen any cases of children being sick."
- False or misleading information that would allow the reader to diagnose themselves as either having or not having COVID-19, such as "If you can hold your breath for 10 seconds, you don't have coronavirus."
- Unverified claims that have the potential to incite people to action, could lead to the destruction or damage of critical infrastructure, or could lead to widespread panic/social unrest may be considered a violation of our policies. Examples include,  "The National Guard just announced that no more shipments of food will be arriving for two months — run to the grocery store ASAP and buy everything" or "5G causes coronavirus — #BURN5G."
- Tweets offering the sale or facilitation of non-prescription treatments/cures for COVID-19, or those which advertise cures or treatments for COVID-19 that require a prescription or physician consultation.
- Specific and unverified claims made by people impersonating a government or health official or organization such as a parody account of official public health advisors claiming that hydroxychloroquine will prevent COVID-19.
- Claims that specific groups or nationalities are never susceptible to COVID-19, such as "people with dark skin are immune to COVID-19 due to melanin production" or are more susceptible, such as "avoid businesses owned by Chinese people as they are more likely to have COVID-19."

*March 16, 2020*

**Our use of automated technology**

COVID-19: Staying safe and informed on Twitter

We have increased our use of machine learning and automation to take a wide range of actions on potentially abusive and manipulative content. We want to be clear: while we work to ensure our systems are consistent, they can sometimes lack the context that our teams bring, and this may result in us making mistakes. As a result, we will not permanently suspend any accounts based solely on our automated enforcement systems. Instead, we will continue to look for opportunities to build in human review checks where they will be most impactful. We appreciate your patience as we work to get it right — this is a necessary step to scale our work to protect the conversation on Twitter.

**Additional triage, quality assurance, and our ongoing review of Twitter Rules**

Here are a few more things we are doing to protect the public conversation:

- Building systems that enable our team to continue to enforce our rules remotely around the world.
- We're also increasing our employee assistance and wellness support for everyone involved in this critical work, and ensuring people's privacy and security stay a top priority.
- Instituting a global content severity triage system so we are prioritizing the potential rule violations that present the biggest risk of harm and reducing the burden on people to report them.
- Executing daily quality assurance checks on our content enforcement processes to ensure we're agile in responding to this rapidly evolving, global disease outbreak.
- Engaging with our partners around the world to ensure escalation paths remain open and urgent cases can be brought to our attention.
- Continuing to review the Twitter Rules (https://help.twitter.com/en/rules-and-policies/twitter-rules) in the context of COVID-19 and considering ways in which they may need to evolve to account for new behaviors.
- As we've said on many occasions, our approach to protecting the public conversation is never static. That's particularly relevant in these unprecedented times. We intend to review our thinking daily and will ensure we're sharing updates here on any new clarifications to our rules or major changes to how we're enforcing them.
- Finally, we're encouraged that our service is being used around the world to provide free, authoritative health information, and to ensure that everyone has access to the conversations they need to protect themselves and their families. For more, our dedicated COVID-19 Event page (https://twitter.com/i/events/1219057585707315201) has the latest facts right at the top of your timeline, and we'll continue to share updates @TwitterSafety (https://twitter.com/TwitterSafety) and @TwitterSupport (http://twitter.com/twittersupport).

*March 4, 2020*
**Our zero-tolerance approach to platform manipulation**

The power of a uniquely open service during a public health emergency is clear. The speed and borderless nature of Twitter presents an extraordinary opportunity to get the word out and ensure people have access to the latest information from expert sources around the world.

To support that mission, our global Trust & Safety team is continuing its zero-tolerance approach to platform manipulation and any other attempts to abuse our service at this critical juncture. At present, we're not seeing significant coordinated

platform manipulation efforts around these issues. However, we will remain vigilant and have invested substantially in our proactive abilities to ensure trends, search, and other common areas of the service are protected from malicious behaviors. As ever, we also welcome constructive and open information sharing from governments and academics to further our work in these areas — we're in this together.

*January 29, 2020*
**Preventing platform manipulation**

As the global conversation continues around the spread of COVID-19, we want to share the work we're doing to surface the right information, to promote constructive engagement, and to highlight credible information on this emerging issue.

At present, we're not seeing significant coordinated attempts to spread disinformation at scale about this issue. However, we will remain vigilant and have invested significantly in our proactive abilities to ensure trends, search, and other common areas of the service are protected from malicious behaviors. As ever, those who engage in these practices will be removed from our service. We do not permit platform manipulation and we encourage people to think before sharing or engaging in deliberate attempts to undermine the public conversation.

Read the original post.
(https://blog.twitter.com/en_us/topics/company/2020/authoritative-information-about-novel-coronavirus.html)

**Back to top**

# 3. Partnering with organizations and public engagement

*April 10, 2020*

**Resources for those battling substance abuse disorders, in recovery**
As people across the country and around the world #StayHome to slow the spread of #COVID19, it's imperative we think about the significant impact these measures have on those experiencing substance use disorders and those in recovery.

In partnership with Center for Safe Internet Pharmacies (https://twitter.com/safemedsonline), Twitter is building on its collaboration with Google (http://www.twitter.com/google), Facebook (https://twitter.com/Facebook), and Microsoft (https://twitter.com/Microsoft) to showcase a variety of resources on TechTogether.co (http://techtogether.co) to support the #RecoveryMovement (https://twitter.com/hashtag/RecoveryMoment). The site is a collection of resources to help those experiencing a substance use disorder and the associated stigma.

*April 7, 2020*
#WorldHealthDay (https://twitter.com/hashtag/WorldHealthDay)

**Clapping for our healthcare heroes**

**Twitter Q&A with the World Health Organization**

*April 2, 2020*
**#AsktheGov & #AsktheMayor Twitter Q&As**

State and local elected officials across America are using Twitter to consistently provide factual information and resources to their constituents and the broader public around #COVID19 (https://twitter.com/hashtag/COVID19). To optimize and elevate this work, Twitter organized two nationwide events where governors and mayors answered constituent questions through Twitter Q&As. These #AsktheGov (https://twitter.com/hashtag/AsktheGov) and #AsktheMayor (https://twitter.com/hashtag/AsktheMayor) events provided an opportunity for hundreds of Americans to receive direct answers from their elected leaders and allowed millions of people to access those critical resources and information.

*March 24, 2020*
**Supporting the #BuildforCovid19 Hackathon**

Twitter supports the COVID-19 Global Hackathon (https://covid-global-hackathon.devpost.com/), an opportunity for developers to build software solutions that drive social impact with the aim of tackling some of the challenges related to the current coronavirus (COVID-19) pandemic.

# *March 24, 2020*
# **Protecting and supporting journalists**

All around the world, we've seen our service connecting people with the authoritative health information they need to protect themselves and their loved ones. That work can only be successful if people have access to the news and information they need.

Right now, every journalist is a COVID-19 journalist. From the stories of healthcare workers on the front lines, to analysis of the real human and economic cost of the pandemic, reporters around the world are still writing, still exposing themselves to harm, still giving us the facts. Journalism is core to our service and we have a deep and enduring responsibility to protect that work. This week we're contributing to two critical organizations that are working tirelessly to uphold the fundamental values of a free press during this pandemic.

We're donating 1 million dollars evenly distributed between the Committee to Protect Journalists and the International Women's Media Foundation. These funds will be used to ensure these organizations can continue their work in the face of new economic strains and to directly support journalists. Their shared efforts to advocate for the rights of vulnerable reporters and to guarantee an equal share of voice for women in the industry has never been more relevant or important.

> We are grateful for Twitter's generous support. Our efforts at CPJ are focused on ensuring that journalists around the world have the information and resources they need to cover the COVID-19 pandemic safely. And we are pushing back against governments that are censoring the news, and restricting the work of the press. We need timely, accurate information flowing within countries and across borders so that political leaders, health policy experts, and the public at large can make informed decisions at this critical moment.

Joel Simon

Executive Director, Committee to Protect Journalists (CPJ)

[@Joelcpj](https://twitter.com/Joelcpj) (https://twitter.com/Joelcpj)

> Right now, there is a great need to support our community of journalists covering, and dealing with, this global pandemic. Based on our decades of work with journalists who operate in dangerous and difficult environments, the IWMF understands the critical role that safety and security plays in the industry. Thanks to the incredible support of Twitter, the IWMF will be able to address the needs of our community of journalists more deeply and robustly. By supporting journalists from diverse communities, together we can support the most representative news possible in this evolving time.

Elisa Lees Muñoz

Executive Director, International Women's Media Foundation (IWMF)

@ElisaLeesMunoz (https://twitter.com/ElisaLeesMunoz)
COVID-19 has been with us for months but the power of the virus is now being felt on all corners of the globe. We're witnessing real-time public conversation on an issue that connects us all on a core human level and our purpose has never been stronger. We will continue to work with our partners as the crisis evolves and are grateful for their journalistic leadership and commitment to the power of the pen.

For more, please follow @TwitterForGood (https://twitter.com/TwitterForGood), @pressfreedom (https://twitter.com/pressfreedom), and @IWMF (https://twitter.com/IWMF).

Read the original post. (https://blog.twitter.com/en_us/topics/company/2020/giving-back-covid-19.html)

*March 16, 2020*
**Working together with government and industry peers to keep people safe**

We're working with our peer companies and fellow industry leaders in the US to keep people safe and stop the spread of COVID-19. Through this collaboration, we're working to elevate authoritative health information and provide resources for the most vulnerable populations. To see a hub of online resources and an overview of the work from Internet Association members, visit covid19.internetassociation.org (https://covid19.internetassociation.org/industry/response/).

Here's more on our collaboration with peer companies and the government:

Case 3:21-cv-01644-MMC   Document 5-3   Filed 03/08/21   Page 75 of 127

*March 13, 2020*
**Promoting proper handwashing with the #SafeHands emoji**

*March 4, 2020*
**Building partnerships to protect the public conversation**

Our entire company is stepping up its internal and external efforts to build partnerships, protect the public conversation, help people find authoritative health information, raise relief funds, and contribute pro bono advertising support to ensure people are getting the right message, from the right source.

With a critical mass of expert organizations, official government accounts, health professionals, and epidemiologists on our service, our goal is to elevate and amplify authoritative health information as far as possible.

**Global expansion of the COVID-19 search prompt**

Launched six days before the official designation of the virus in January (https://blog.twitter.com/en_us/topics/company/2020/authoritative-information-about-novel-coronavirus.html), we continue to expand our dedicated search prompt feature to ensure that when you come to the service for information about COVID-19, you are met with credible, authoritative content at the top of your search experience. We have been consistently monitoring the conversation on the service to make sure keywords — including common misspellings — also generate the search prompt.

In each country where we have launched the initiative, we have partnered with the national public health agency or the World Health Organization (@WHO (https://twitter.com/WHO)) directly. The proactive search prompt is in place with official local partnerships in more than 70 countries around the world.

They include: Australia, Austria, Belgium, Brazil, Brunei, Cambodia, Canada, Cyprus, Denmark, Egypt, Estonia, Finland, France, Germany, Hong Kong, Iceland, India, Indonesia, Ireland, Italy, Japan, Jordan, Korea, Laos, Latvia, Lebanon, Malaysia, Mongolia, Myanmar, Netherlands, New Zealand, Norway, Paraguay, Philippines, Poland, Singapore, Spain, Sri Lanka, Sudan, Sweden, Switzerland, Taiwan, Thailand, Turkey, United Kingdom, United States, Uruguay, Vietnam, and Yemen.

**#AdsForGood support and additional protections**

COVID-19: Staying safe and informed on Twitter

Based on our Inappropriate Content Policy (https://business.twitter.com/en/help/ads-policies/prohibited-content-policies/inappropriate-content.html), we will halt any attempt by advertisers to opportunistically use the COVID-19 outbreak to target inappropriate ads. Government entities that want to disseminate public health information will be permitted to promote ads on COVID-19. In the case of COVID-19, we have put additional safeguards into place in order to facilitate the sharing of trusted public health information and to reduce potential harm to users. We are currently prohibiting the promotion of all medical masks and alcohol hand sanitizers due to strong correlation to COVID-19 and instances of inflated prices globally.

In addition, we're committing Ads for Good credits to nonprofit organizations to ensure they can build campaigns to fact-check and get reputable health information to the widest possible audiences. For example, as part of the International Fact-Checking Network (IFCN/@factchecknet (https://twitter.com/factchecknet)), we have supported the Spanish organization @maldita_es (https://twitter.com/maldita_es) and @malditobulo (https://twitter.com/malditobulo), which focuses on mitigating the impact of disinformation on public discourse through fact-checking and data journalism techniques. In Asia, we have partnered with the Taiwan Fact Checking Center (@taiwantfc (https://twitter.com/taiwantfc)), which has been using Twitter to connect with IFCN fact checkers around the world via #CoronavirusFacts (https://twitter.com/hashtag/CoronavirusFacts). They are working in real time to find credible information and debunk rumors in Chinese.

**Furthering our partnerships**

Our Global Public Policy team has open lines of communication with relevant multinational stakeholders, including the World Health Organization, numerous global government and public health organizations, and officials around the world, to ensure they can troubleshoot account issues, get their experts verified, and seek strategic counsel as they use the power of Twitter to mitigate harm.

We're also in close contact with our industry peers and will attend all relevant cross-functional meetings. As a uniquely open service, our data is being used in research every day and our researchers hub (https://developer.twitter.com/en/use-cases/academic-researchers) is publicly available. We welcome applications for the use of Twitter data to support research on COVID-19. We will also explore further #DataForGood (https://twitter.com/hashtag/dataforgood) partnerships to assess how our data products can enhance academic and NGO understanding of public health emergencies now and into the future.

## Donation matching

We've set up a dedicated internal COVID-19 campaign page through our employee donation matching program to support humanitarian response and relief efforts around the world. Any Twitter employee can donate to relevant nonprofit organizations, and Twitter will match donations up to $2,000 per employee.

What can you do?

Looking for advice on how best to use Twitter in a time like this? Follow @WHO (https://twitter.com/WHO?ref_src=twsrc%5Egoogle%7Ctwcamp%5Eserp%7Ctwgr%5Eauthor) and your local health ministry — seek out the authoritative health information and ignore the noise. See something suspicious or abusive, report it (https://help.twitter.com/en/rules-and-policies/twitter-report-violation) to us immediately. Most importantly, think before you Tweet. Through Twitter Moments (https://twitter.com/i/moments?lang=en), we have curated longer-form content that helps tell the full story of what's happening around COVID-19 globally. For educators and parents, consult our media literacy guide, which was built in partnership with @UNESCO (https://twitter.com/UNESCO), here (https://blog.twitter.com/en_us/topics/company/2019/twitter-launches-new-media-literacy-handbook-for-schools.html).

We're absolutely committed to playing our part and will continue to provide substantive updates as this situation evolves. For more, follow @TwitterSafety (https://twitter.com/TwitterSafety) and @Policy (https://twitter.com/Policy).

Read the original post. (https://blog.twitter.com/en_us/topics/company/2020/covid-19.html)

**Back to top**

## 4. Empowering Research of COVID-19 on Twitter

*April 29, 2020*

**Enabling study of the public conversation in a time of crisis**

To further support Twitter's ongoing efforts to protect the public conversation, and help people find authoritative health information around COVID-19, we're releasing a new endpoint into Twitter Developer Labs (https://developer.twitter.com/en/labs) to enable approved developers and researchers to study the public conversation about COVID-19 in real-time.

The COVID-19 stream endpoint provides access to COVID-19 and Coronavirus related public Tweets in real-time as defined by the criteria (https://developer.twitter.com/en/docs/labs/overview/whats-new/annotations) used to power this topic on Twitter. This is a unique dataset that covers many tens of millions of Tweets daily and offers insight into the evolving global public conversation surrounding an unprecedented crisis. Making this access available for free is one of the most unique and valuable things Twitter can do as the world comes together to protect our communities and seek answers to pressing challenges.

You can read more about this endpoint and the application process on our developer blog (https://blog.twitter.com/developer/en_us/topics/tools/2020/covid19_public_conversation_data.html).

**Back to top**

---

**5. Ensuring site reliability**

## *March 27, 2020*

**How we're keeping the service running and the Tweets flowing**

Keeping the service running and the Tweets flowing is one of our top priorities in these difficult times. Our work has never been more critical and our service has never been in higher demand. In the past few weeks, we have seen more and more people turn to Twitter to participate in the public conversation and follow what's happening in real time.

- The global conversation about COVID-19 and ongoing product improvements are <u>driving up total monetizable DAU (mDAU)</u> <u>(https://www.prnewswire.com/news-releases/twitter-withdraws-q1-guidance-due-to-covid-19-impact-301028477.html)</u>, with quarter-to-date average total mDAU reaching approximately 164 million, up 23% from 134 million in Q1 2019 and up 8% from 152 million in Q4 2019.
- We've also seen a 45% increase in our <u>curated events page</u> <u>(https://twitter.com/i/events/1219057585707315201)</u> usage and a 30% increase in Direct Message (DM) usage since March 6.

While many of our teams are <u>transitioning to working from home</u> <u>(https://blog.twitter.com/en_us/topics/company/2020/keeping-our-employees-and-partners-safe-during-coronavirus.html)</u>, some of our infrastructure teams have physical responsibilities that are critical to keeping our data centers, and Twitter, up and running. These teams are operating under the "essential services" provisions dedicated in City, County, and State orders to ensure business continuity. We couldn't keep the Tweets flowing without their daily dedication and hard work.

The combination of the new work environment and the increased load on our platform has placed unique stresses on our operations, requiring our engineering teams to work more closely together than ever to respond to new demands, and to plan for the future. From our IT, Network, and Product Engineering teams to our Infrastructure and Data Center teams, we have collectively mobilized to ensure we are able to stay safe and productive under the stress of the new levels of traffic we're seeing on our service.

The effects of COVID-19 on Twitter have already surpassed any event we've seen, and it's possible that as the pandemic continues, we will see additional stress on our service. Beyond Twitter, COVID-19 has also had a far-sweeping impact on our supply chain partners. Whereas normally we'd have months of lead time to add hardware capacity for expected growth, in this case, manufacturing delays in China have compromised the supply chain, resulting in delays in deliveries to our data centers. Our Data Center, SiteOps, Supply Chain, Hardware Engineering, and Mission Critical teams continue to manage the physical infrastructure that underlies the service — expertly innovating to unlock additional capacity in existing supply.

Our teams are actively addressing areas where we need to add capacity to critical services, looking at how we can optimize existing technology to perform better, and planning for how we might adjust to the way people are using Twitter during this time.

It's critical for Twitter to stay up and running through this global crisis. Our teams are focused, and as we make changes to our systems to meet these new demands, we will communicate openly. We will share what we've done, what we've learned, and if we see incidents, what we will do to recover as quickly as possible. Follow @TwitterEng (http://twitter.com/twittereng) to stay up to date.

Read the original post. (https://blog.twitter.com/en_us/topics/company/2020/An-update-on-our-continuity-strategy-during-COVID-19.html)

*March 16, 2020*
**How we're working differently, and what it means for you**

**Back to top**

**6. Keeping our employees and partners safe**

*May 12, 2020*

**#LoveWhereverYouWork**

Twitter was one of the first companies to go to a work from home model in the face of COVID-19, but we don't anticipate being one of the first to return to offices.

We were uniquely positioned to respond quickly and allow folks to work from home given our emphasis on decentralization and supporting a distributed workforce capable of working from anywhere. The past few months have proven we can make that work. So if our employees are in a role and situation that enables them to work from home and they want to continue to do so forever, we will make that happen. If not, our offices will be their warm and welcoming selves, with some additional precautions, when we feel it's safe to return.

Here's how we're thinking about the next few months:

- Opening offices will be our decision, when and if our employees come back, will be theirs.
- With very few exceptions, offices won't open before September. When we do decide to open offices, it also won't be a snap back to the way it was before. It will be careful, intentional, office by office and gradual.
- There will also be no business travel before September, with very few exceptions, and no in-person company events for the rest of 2020. We will assess 2021 events later this year.

We're proud of the early action we took to protect the health of our employees and our communities. That will remain our top priority as we work through the unknowns of the coming months.

*#LoveWhereverYouWork*

# *March 11, 2020*

**Mandatory work from home and supporting our employees**

Our top priority remains the health and safety of our Tweeps, and we also have a responsibility to support our communities, those who are vulnerable, and the healthcare providers who are on the front lines of this pandemic. To continue this push, we are moving beyond our earlier guidance of "strongly encouraging work from home" provided on March 2 and have now informed all employees globally they must work from home.

We understand this is an unprecedented step, but these are unprecedented times. And we will continue to do all that we can to support our Tweeps, including:

**Paying our contractors, vendors and hourly workers**

For contractors and hourly workers who are not able to perform their responsibilities from home, Twitter will continue to pay their labor costs to cover standard working hours while Twitter's work-from-home guidance and/or travel restrictions related to their assigned office are in effect.

**Additional resources to support parents**

As part of our ongoing global benefits support, Twitter is stepping in to ease additional expenses parents may be experiencing when their normal daycare closes due to COVID-19 by providing reimbursement for the additional daycare expenses incurred.

**Helping Tweeps set up their at-home offices**

All employees, including hourly workers, will receive reimbursement toward their home office set up expenses, and we are working with our vendors to ensure our contractors' work-from-home needs are met as well. We listened to employee feedback and expanded our policy to include home office equipment, such as desks, desk chairs, and ergonomic chair cushions. We're also allowing Tweeps to expense online fees while working from home.

**#FlockTalk**

Last year, we introduced #FlockTalk (https://blog.twitter.com/en_us/topics/company/2019/inclusion-and-diversity-report-september-2019.html), a program activated when Tweeps want to come together during difficult times to share what's going on with them, find community, and be heard by our leaders. News around COVID-19 is impacting people in a number of different ways — from schools and offices being closed, to serious health concerns, to racism toward communities, we're all dealing with a lot. The Twitter Inclusion & Diversity team (@TwitterTogether (https://twitter.com/TwitterTogether)), in partnership with @TwitterAsians (https://twitter.com/TwitterAsians), will host a virtual #FlockTalk that acknowledges there's a direct correlation between conversations between us, the health of our workplace, and the health of our service.

**Resource guides to make the work-from-home transition easier**

Working from home can be a challenging transition, so we've provided a variety of resource guides to help our employees continue to get the job done. We're listing them here as well because at times like this, sharing insights and learning is so important. We're all in this together and we want to help others outside of Twitter make their transitions to working outside of their offices easier.

- Working-from-home best practices: We have shared the factors to consider to make sure Tweeps are ready to be productive and healthy. Some factors include workspace, communication, self-care, and logging hours. Overall, working from home doesn't change your day-to-day work, it just means you'll be doing it from a different environment.

- Managing a distributed team: Being a people manager means providing a consistent and positive employee experience for everyone on your team, regardless of location. This manager resource guide highlights the three key pillars of management: strategy, growth and care. So what changes when your team is fully distributed? The good news — not much! These pillars still apply whether you manage a distributed or co-located team.

- Virtual interview guide: All interviews at Twitter will be done via video conferencing. A completely virtual interview has its benefits. It is ideal for introducing candidates to remote work cultures, and it is a great opportunity for candidates who will work remotely to get a sense for the experience of interacting with other team members remotely. While this virtual interview guide is not a holistic interview guide, it instead focuses on the aspects of interviewing candidates remotely that differ from interviewing candidates in-person.

- We have also shared guides for working across time zones, using collaboration tools to stay connected, and ergonomic tips for working from home and on-the-go.

We'll continue sharing information as we navigate these changes. It's all in dedication to keeping our Tweeps and everyone around us healthy. We're all in this together!

Read the original post. (https://blog.twitter.com/en_us/topics/company/2020/keeping-our-employees-and-partners-safe-during-coronavirus.html)

*March 2, 2020*
**Encouraging employees to work from home**

In addition to the travel, event, and visitor restrictions that we previously shared, today we provided additional guidance as we look to protect the health and safety of our workforce. Beginning today, we are strongly encouraging all employees globally to work from home if they're able. Our goal is to lower the probability of the spread of the COVID-19 for us — and the world around us. We are operating out of an abundance of caution and the utmost dedication to keeping our Tweeps healthy.

Coronavirus: Staying safe and open for business | Twitter

We are working to make sure internal meetings, all hands, and other important tasks are optimized for remote participation. We recognize that working from home is not ideal for some job functions. For those employees who prefer or need to come into the offices, they will remain open for business. Our Real Estate & Workplace team is increasing deep-cleaning and sanitizing in all spaces, as well as more visual reminders for personal hygiene best practices and prepackaged, precomposed, and preplated food options.

Working from home will be mandatory for employees based in our Hong Kong, Japan, and South Korea offices due in part to government restrictions. Our criteria will evolve over time as we get more information, and we will communicate to affected Tweeps as appropriate.

While this is a big change for us, we have already been moving toward a more distributed workforce that's increasingly remote. We're a global service and we're committed to enabling anyone, anywhere, to work at Twitter.

Read the original post. (https://blog.twitter.com/en_us/topics/company/2020/keeping-our-employees-and-partners-safe-during-coronavirus.html)

*March 1, 2020*
**Suspending noncritical business travel and events**

We recently shared information (https://blog.twitter.com/en_us/topics/company/2020/authoritative-information-about-novel-coronavirus.html) about the work we're doing to surface the right information to promote constructive engagement and to highlight credible information around the spread of #coronavirus (https://twitter.com/hashtag/coronavirus) COVID-19. We will continue to update the public on these efforts this week.

We also have the responsibility of ensuring that the health and safety of our employees and partners is not compromised. We have continued to monitor the situation closely and are adjusting our internal policies to respond to this rapidly evolving situation. On February 29, we informed our people and started notifying partners that we are suspending all noncritical business travel and events.

This policy is effective immediately and will continue until the World Health Organization or Centers for Disease Control deem it appropriate to step back from pandemic precautionary measures or when a vaccine becomes available.

Case 3:21-cv-01644-MMC   Document 5-3   Filed 03/08/21   Page 85 of 127

Our goal is to reduce the risk that anyone at Twitter might contract or inadvertently spread the virus. It is important that we take these proactive steps to protect ourselves and others and minimize the spread of COVID-19.

There are enormous transnational efforts underway to tackle this virus. As a global company with a global workforce, we want to do what we can to help the success of these multistakeholder containment efforts. Temporarily suspending travel is an immediate and important step.

We want to thank our people, partners, and customers for their patience and understanding.

Read the original post. (https://blog.twitter.com/en_us/topics/company/2020/keeping-our-employees-and-partners-safe-during-coronavirus.html)

**Back to top**

## 7. Sharing Twitter's metrics

*\*After further examining our data, we have made updates to our proactive enforcement metrics published on January 12, 2021 which were previously misinterpreted. The updated metrics are now reflected in the posts below.*

### *January 12, 2021*

### Updated proactive enforcement metrics

Since introducing our COVID-19 guidance (https://blog.twitter.com/en_us/topics/company/2020/covid-19.html#misleadinginformation), we have removed **8,493 Tweets** and challenged **11.5 million accounts**. We continue to prioritize removing or annotating potentially harmful and misleading information, to ensure that users receive credible information rather than misinformation.

### *Oct 22, 2020*

### Updated proactive enforcement metrics

Since introducing our COVID-19 guidance
(https://blog.twitter.com/en_us/topics/company/2020/covid-19.html#misleadinginformation)  we have
removed **6,466 Tweets** and challenged **8 million accounts**.

*July, 14, 2020*

**An update to our proactive enforcement and metrics on credible information**

Since introducing our COVID-19 guidance we have removed **4,647 Tweets** and
challenged **4.5 million accounts**. It is important to note our approach is not only
about removing or annotating potentially harmful and misleading information, but also
elevating credible information. To date, over 160 million people have visited the
COVID-19 curated page, over two billion times.

*May 4, 2020*

**An update on our proactive enforcement and spam detection**

Since introducing our updated policies on March 18, we have removed more
than **4,074 Tweets** containing misleading and potentially harmful content from
Twitter. Additionally, our automated systems have challenged more than **3.4 million
accounts** which were targeting discussions around COVID-19 with spammy or
manipulative behaviors. We will continue to use both technology and our teams to
help us identify and stop spammy behavior and accounts.

*April 1, 2020*
**Our platform usage**

In the past few weeks, we have seen more and more people turn to Twitter to
participate in the public conversation and follow what's happening in real time.

- The global conversation about COVID-19 and ongoing product improvements are <u>driving up total monetizable DAU (mDAU)</u> <u>(https://www.prnewswire.com/news-releases/twitter-withdraws-q1-guidance-due-to-covid-19-impact-301028477.html)</u>, with quarter-to-date average total mDAU reaching approximately 164 million, up 23% from 134 million in Q1 2019 and up 8% from 152 million in Q4 2019.
- We've also seen a 45% increase in our <u>curated events page</u> <u>(https://twitter.com/i/events/1219057585707315201?)</u> usage and a 30% increase in Direct Message (DM) usage since March 6.

<u>Read the original post. (https://blog.twitter.com/en_us/topics/company/2020/An-update-on-our-continuity-strategy-during-COVID-19.html)</u>

*April 1, 2020*
**Quantifying our efforts to reduce misleading and potentially harmful content**

**<u>Back to top</u>**



(https://www.twitter.com/Twitter)
Twitter Inc.

# EXHIBIT F


(/)

Español (/es/news/releases/procuraduria-ftc-grandes-empresas-de-tecnologia-deben-cumplir-con-ley-estatal-de-practicas)

About (/about-office)   News (/news)

Opinions (/attorney-general-opinions)

Jobs (/careers/job-listings)

Contact Us (/contact-us)


Menu

HOME (/)   >   NEWS (/NEWS)   >   NEWS RELEASES (/NEWS/RELEASES)   >
FIRST ASSISTANT AG JEFF MATEER TO FTC: BIG TECH COMPANIES MUST COMPLY WITH STATE
DECEPTIVE TRADE PRACTICES LAW

June 12, 2019 | Noteworthy | Consumer Protection/Scams
(/news/categories/consumer-protectionscams)

# First Assistant AG Jeff Mateer to FTC: Big Tech Companies Must Comply with State Deceptive Trade Practices Law

SHARE THIS:                                  2

At a roundtable of state attorneys general hosted by the Federal Trade Commission, Texas First Assistant Attorney General

Jeff Mateer today questioned whether big tech companies mislead users and run afoul of the states' deceptive trade practices laws when they represent their social media platforms as viewpoint neutral and open to all protected speech.

---

**"Without a doubt, big tech companies are unique for the ways that they have leveraged technology and led in innovation, improving the way we do business and the lives of consumers," First Assistant Attorney General Mateer said. "But like other businesses, these companies have legal responsibilities, and they must avoid false, misleading and deceptive trade practices."**

---

During his presentation, First Assistant Attorney General Mateer cited one example after another of how big tech companies have represented themselves as providing a level playing field, open to all political viewpoints and free of bias and restrictions on the basis of policy preferences. But he also pointed out strong evidence to the contrary, including:

- Google censored Claremont Institute's ad for its 40th anniversary gala dinner with U.S. Secretary of State Mike Pompeo. The ad, which invited citizens to discuss what it means to be an American, was banned after Google determined it violated its policy on "race and ethnicity in personalized advertising." Google relented after Claremont went public with what happened.

- Facebook prevented users from sharing a pro-President Trump column that appeared in the New York Post by award-winning columnist Selena Zito, and gave the author no reason why it censored the story before it removed the links to it.

- As reported by VICE News, Twitter limited the visibility of prominent Republicans in search results through a technique known as "shadow banning."

---

"Whether you're a brick and mortar or a click and mortar company, you must be forthright with your customers about the terms of service – that's what consumer protection is all about," First Assistant Attorney General Mateer said. "If big tech companies are not living up to their commitments and representations regarding being open to all political viewpoints and free of bias and restrictions on the basis of policy preference, then they should be held accountable for their false, misleading and deceptive trade practices."

---

The roundtable of state attorneys general was held today at Creighton University in Omaha, Nebraska.



First Assistant Attorney General Jeff Mateer (second from the right) speaking at today's roundtable.

*Receive email updates from the OAG Press Office:* Your  **Submit**

## Related News

### Texas Shuts Down Fraudulent Nationwide Telephone Scam (/news/releases/texas-shuts-down-fraudulent-nationwide-telephone-scam)

Attorney General Ken Paxton today announced that Texas, along with the Federal Trade Commission (FTC), 38 states and the District of Columbia, stopped a massive telefunding operation by Associated Community Services (ACS) and a number of related

defendants that bombarded over 67 million Americans with 1.3 billion deceptive calls falsely purporting to raise money for charity.

**March 05, 2021** | **Press Release**

## AG Paxton Sues Griddy, LLC Energy Company: Customers Hit with Exorbitant Energy Bills (/news/releases/ag-paxton-sues-griddy-llc-energy-company-customers-hit-exorbitant-energy-bills)

Attorney General Ken Paxton filed a lawsuit against Griddy, LLC for violating the Texas Deceptive Trade Practices Act through false, misleading, and deceptive advertising and marketing practices.

**March 01, 2021** | **Press Release**

## CONSUMER PROTECTION ALERT: Excessive Energy Bills (/news/releases/consumer-protection-alert-excessive-energy-bills)

Texas Attorney General Ken Paxton and his Consumer Protection Division is warning Texans to be aware of energy price hikes and offers tips to protect yourself from excessive and potentially unlawful charges after the recent winter weather storm:

**February 26, 2021** | **Press Release**

See all News (/news)

Back to Top

| Child Support (/child-support) | All Divisions (/divisions) | Where the Money Goes (https://comptroller.texas.gov/tran | (/about-office/compact- |
| | Opinions (/attorney-general-opinions) | ADA Compliance (/ada-compliance) | Cost Efficiency Saving Ideas (/about-office/cost-efficiency- |
| Crime Victims (/crime-victims) | Initiatives (/initiatives) | Compact With Texans | |

(/)

(https://twitter.com/TXAG)

**f**
(https://www.facebook.com/TexasAttorneyGeneral)

**PO Box 12548**
**Austin, TX 78711-2548**

Consumer
Protection
(/consumer-
protection)

**Open**
**Government**
(/open-
government)

Human
Resources
(/careers)

State
Agency
Contracts
(https://oagtx.force.com/contracts

TRAILS
Search
(https://www.tsl.state.tx.us/trail/in

saving
ideas)

**Reporting**
**Fraud**
(/about-
office/reporting-
fraud-state-
government)

Texas.gov
(http://www.texas.g

Texas
Homeland
Security
(https://gov.texas.g

Texas
Veterans
Portal
(https://veterans.po

**Accessibility**
**& Site**
**Policies**
(/site-
policies)

/

# EXHIBIT G



# KEN PAXTON
ATTORNEY GENERAL OF TEXAS

September 2, 2020

Marlene H. Dortch, Secretary
Federal Communications Commission
Office of the Secretary
445 12th Street, SW
Washington, DC 20554

Re: RM-11862 Section 230 of the Communications Act of 1934

Dear Ms. Dortch:

As Attorneys General for the States of Texas, Indiana, Louisiana, and Missouri, we support the National Telecommunications and Information Agency's ("NTIA") Petition to the FCC for a Rulemaking to Clarify Provisions of Section 230 of the Communications Act (the "Petition"). While Section 230 provides some important legal protections that have fostered the growth of the internet technology sector, erroneous and overly broad interpretations of Section 230 have threatened to expand that statute into a total immunity for misconduct by some of tech's largest players, necessitating the reforms proposed in NTIA's Petition.

Section 230 was intended to promote free speech, competition, and enforcement of criminal laws online. Improper expansion of Section 230 by some courts, however, has allowed the largest and most powerful companies in the world the ability to violate state laws, exclude rivals, and squelch political speech. The Petition clarifies the scope of Section 230 and will empower states to properly enforce their laws without undermining protections for moderation of traditionally regulated content. And it does so while promoting free speech through market transparency.

## 1. The Petition clarifies that Section 230 cannot be used to immunize unlawful conduct that falls within states' traditional enforcement powers.

The Petition properly clarifies the interplay between section 230(c)(1) and 230(c)(2) to avoid immunizing conduct that violates state laws, including those prohibiting consumer fraud. The Petition notes that, "[f]ar and above initially intended viewer protection, courts have ruled section 230(c)(1) offers immunity from contracts, consumer fraud, revenge pornography, anti-discrimination civil rights obligations, and even assisting in terrorism."[1] These overbroad decisions infringe on core state functions, including policing consumer fraud and law enforcement,

---

[1] Petition at 24-25.

by providing tech companies with a legal shield that cannot be supported by the plain text of Section 230.

The Petition makes a much-needed adjustment. It states: "Section 230(c)(1) applies to acts of omission—to a platform's failure to remove certain content. In contrast, section 230(c)(2) applies to acts of commission—a platform's decision to remove. Section 230(c)(1) does not give complete immunity to all a platform's 'editorial judgments.'"[2] In addition, the Petition takes a modest, and appropriate, textualist approach to interpreting section 230(c)(2)'s scope of immunity, limiting it to moderation of "obscene, violent, or other disturbing matters."[3] Moreover, the Petition makes clear that online platforms receive no immunity when they affirmatively use third-party content to advance their businesses: "[W]hen a platform reviews third-party content already displayed on the internet and affirmatively vouches for it, editorializes, recommends, or promotes such content on the basis of the content's substance or message, the platform receives no section 230(c)(1) immunity."[4]

By clearly delineating the separate functions of section 230(c)(1) and 230(c)(2) and cabining the immunity conferred thereunder, the Petition leaves room for states to enforce consumer protection laws when fraudulent conduct occurs. We fully support this modest, and correct, interpretation of Section 230 because it affirms core state functions while continuing to allow for appropriate moderation of traditionally regulated and exploitative content.

## 2. The Petition re-affirms the important role online platforms play in combating traditionally regulated online conduct, including illegal sex trafficking.

The Petition balances an appropriately narrow construction of its immunity provisions with strong encouragement for companies to combat obscene and exploitative material. Among Section 230's stated policy goals are to "empower parents to restrict their children's access to objectionable or inappropriate online material," and "deter and punish trafficking in obscenity, stalking, and harassment by means of computer."[5] Despite these lofty goals, Section 230 has been deployed by companies to ward off legal action against plainly illicit material. Witness the notorious website, Backpage, which fostered human trafficking via thinly disguised solicitations for commercial sex. Backpage's efforts to shelter under Section 230 ultimately led Congress to pass the Stop Enabling Sex Traffickers Act and Allow States and Victims to Fight Online Sex Trafficking Act in 2018 (FOSTA-SESTA), which limited Section 230 immunity for sex trafficking and prostitution.

The Petition leaves in place FOSTA-SESTA and reaffirms Section 230's core grant of immunity to companies that, in good faith, restrict access to material that is "obscene, lewd, lascivious, filthy, excessively violent, harassing, or otherwise objectionable."[6] This immunity covers content falling within "traditional areas of media regulation" aimed at creating "safe, family environments."[7] Critically, the Petition emphasizes that immunity should not stretch, via the

---

[2] *Id.* at 27.
[3] *Id.* at 32.
[4] *Id.* at 46.
[5] 47 U.S.C. § 230(b)(4), (b)(5).
[6] Petition at 23.
[7] *Id.* at 23, 37.

"otherwise objectionable" category, to moderation of material that is not "similar in type to" the preceding well-understood categories.[8] And the Petition requires that determinations about whether content falls within these categories must be based on publicly available terms of service, made in good faith and not on pretextual grounds, and based on an "objectively reasonable belief" that material falls within a prohibited category.[9] By so doing, the Petition ensures that platforms may continue to preserve public spaces free of objectively obscene, harassing, and harmful material without unduly expanding immunity to conduct that tramples core First Amendment speech.

**3.   The Petition promotes freedom of speech by ensuring competition through transparency.**

Section 230 recognizes that the internet "offer[s] a forum for a true diversity of political discourse, unique opportunities for cultural development, and myriad avenues for intellectual activity."[10] Indeed, courts have observed that one of the policy goals driving passage of Section 230 was a desire "to promote the free exchange of information and ideas over the Internet."[11]

Unfortunately, examples are legion of online platforms downplaying, editing, or even suppressing political speech that bears no relationship to the traditionally regulated categories of speech listed in Section 230(c)(2). For instance, Twitter recently "fact checked" a tweet by President Trump warning about the risk of election fraud posed by mail-in ballots. Twitter claimed the tweet was supported by "no evidence" despite the fact that many experts—including signatories to this letter—can validate that claim.[12] YouTube and Facebook, in turn, have removed content—including materials posted by licensed physicians, that, in their view, constitutes "misinformation" about COVID-19.[13]

The Petition recognizes the dangers posed by this sort of online censorship unmoored from any connection to traditionally regulated forms of speech. "For social media, it is particularly important to ensure that large firms avoid 'deceptive or pretextual actions stifling free and open debate by censoring certain viewpoints,' or engage in deceptive or pretextual actions (often contrary to their stated terms of service) to stifle viewpoints with which they disagree."[14] The Petition answers this challenge, correctly, by requiring large online platforms to "publicly disclose accurate information regarding [their] content-management mechanisms as well as any other

---

[8] *Id.* at 38.

[9] *Id.* at 39.

[10] 47 U.S.C. § 230(a)(3).

[11] *Carafano v. Metrosplash.com, Inc.*, 339 f.3d 1119, 1122 (9th Cir. 2003).

[12] *See* Greg Re, *Twitter puts warning label on a Trump tweet on mail-in ballots, despite experts backing up Trump's concerns*, FoxNews.com, May 27, 2020, *available at* https://www.foxnews.com/politics/twitter-applies-warning-label-to-trump-tweet-warning-of-mail-in-ballot-fraud-risk.

[13] *See* John Koetsier, *Facebook Deleting Coronavirus Posts, Leading to Charges of Censorship*, Forbes, March 17, 2020, *available at* https://www.forbes.com/sites/johnkoetsier/2020/03/17/facebook-deleting-coronavirus-posts-leading-to-charges-of-censorship/#4729f4535962; Yael Halon, *Tucker rips YouTube for pulling 'problematic' coronavirus video: 'Censorship never is about science'*, FoxNews.com, April 29, 2020, *available at* https://www.foxnews.com/media/tucker-carlson-youtube-coronavirus-censorship-science.

[14] Petition at 51.

content moderation, promotion, and other curation practices."[15] This increased transparency, in turn, will "enable users to make more informed choices about competitive alternatives."[16]

Focusing on transparency is particularly important given that "today's online platforms exist in highly concentrated markets."[17] Those same platforms "are the principal source for knowing current events, checking ads for employment, speaking and listening in the modern public square, and otherwise exploring vast realms of human thought and knowledge."[18] These online public squares cannot be truly free, however, unless the participants understand the rules of the forum, and competition is able to provide alternatives when speech restrictions go too far. That market cannot operate, or even come into being, unless those who use online platforms and those who wish to compete with them have timely access to accurate information about critical content moderation policies.

For the foregoing reasons, the undersigned state attorneys general support the NTIA's Petition and urge its adoption.

Respectfully Submitted,

KEN PAXTON
Texas Attorney General

CURTIS T. HILL, JR.
Indiana Attorney General

JEFF LANDRY
Louisiana Attorney General

ERIC S. SCHMITT
Missouri Attorney General

---

[15] *Id.* at 52.
[16] *Id.* at 50.
[17] *Id.* at 14.
[18] *Packingham v. North Carolina*, 137 S. Ct. 1730, 1732 (2017).

# EXHIBIT H

**Twitter Safety** ✔ @TwitterSafety · Jan 6

As a result of the unprecedented and ongoing violent situation in Washington, D.C., we have required the removal of three @realDonaldTrump Tweets that were posted earlier today for repeated and severe violations of our Civic Integrity policy.

> Civic integrity policy
> You may not use Twitter's services for the purpose of manipulating or interfering in elections or other civ...
> 🔗 help.twitter.com

💬 18.5K     🔁 89.9K     ♡ 247.7K     ⬆

**Twitter Safety** ✔ @TwitterSafety · Jan 6

This means that the account of @realDonaldTrump will be locked for 12 hours following the removal of these Tweets. If the Tweets are not removed, the account will remain locked.

💬 11.8K     🔁 90K     ♡ 209.7K     ⬆

**Twitter Safety** ✔ @TwitterSafety · Jan 6

Future violations of the Twitter Rules, including our Civic Integrity or Violent Threats policies, will result in permanent suspension of the @realDonaldTrump account.

💬 11.6K     🔁 77.2K     ♡ 204.4K     ⬆

**Twitter Safety** ✔ @TwitterSafety · Jan 6

Our public interest policy — which has guided our enforcement action in this area for years — ends where we believe the risk of harm is higher and/or more severe.

> World Leaders on Twitter: principles & approach
> An update on Tweets from world leaders
> 🔗 blog.twitter.com

💬 714     🔁 4K     ♡ 36.1K     ⬆

**Twitter Safety** ✔ @TwitterSafety · Jan 6

We'll continue to evaluate the situation in real time, including examining activity on the ground and statements made off Twitter. We will keep the public informed, including if further escalation in our enforcement approach is necessary.

💬 2K     🔁 3.9K     ♡ 36.5K     ⬆

# EXHIBIT I

 Blog

Back

## Company

# Permanent suspension of @realDonaldTrump

By <u>Twitter Inc.</u>
Friday, 8 January 2021

After close review of recent Tweets from the @realDonaldTrump account and the context around them — specifically how they are being received and interpreted on and off Twitter — we have permanently suspended the account due to the risk of further incitement of violence.

In the context of horrific events this week, we made it clear on Wednesday that additional violations of the Twitter Rules would potentially result in this very course of action. Our public interest framework (https://blog.twitter.com/en_us/topics/company/2019/worldleaders2019.html) exists to enable the public to hear from elected officials and world leaders directly. It is built on a principle that the people have a right to hold power to account in the open.

However, we made it clear going back years that these accounts are not above our rules entirely and cannot use Twitter to incite violence, among other things. We will continue to be transparent around our policies and their enforcement.

The below is a comprehensive analysis of our policy enforcement approach in this case.

### Overview

On January 8, 2021, President Donald J. Trump Tweeted:

*"The 75,000,000 great American Patriots who voted for me, AMERICA FIRST, and MAKE AMERICA GREAT AGAIN, will have a GIANT VOICE long into the future. They will not be disrespected or treated unfairly in any way, shape or form!!!"*

Shortly thereafter, the President Tweeted:

*"To all of those who have asked, I will not be going to the Inauguration on January 20th."*

Due to the ongoing tensions in the United States, and an uptick in the global conversation in regards to the people who violently stormed the Capitol on January 6, 2021, these two Tweets must be read in the context of broader events in the country and the ways in which the President's statements can be mobilized by different audiences, including to incite violence, as well as in the context of the pattern of behavior from this account in recent weeks. After assessing the language in these Tweets against our Glorification of Violence (https://help.twitter.com/en/rules-and-policies/glorification-of-violence) policy, we have determined that these Tweets are in violation of the Glorification of Violence Policy and the user @realDonaldTrump should be immediately permanently suspended from the service.

**Assessment**

We assessed the two Tweets referenced above under our Glorification of Violence policy (https://help.twitter.com/en/rules-and-policies/glorification-of-violence), which aims to prevent the glorification of violence that could inspire others to replicate violent acts and determined that they were highly likely to encourage and inspire people to replicate the criminal acts that took place at the U.S. Capitol on January 6, 2021.

This determination is based on a number of factors, including:

- President Trump's statement that he will not be attending the Inauguration is being received by a number of his supporters as further confirmation that the election was not legitimate and is seen as him disavowing his previous claim made via two Tweets (1 (https://twitter.com/DanScavino/status/1347103015493361664), 2 (https://twitter.com/DanScavino/status/1347103016311259136)) by his Deputy Chief of Staff, Dan Scavino, that there would be an "orderly transition" on January 20th.

- The second Tweet may also serve as encouragement to those potentially considering violent acts that the Inauguration would be a "safe" target, as he will not be attending.

- The use of the words "American Patriots" to describe some of his supporters is also being interpreted as support for those committing violent acts at the US Capitol.

- The mention of his supporters having a "GIANT VOICE long into the future" and that "They will not be disrespected or treated unfairly in any way, shape or form!!!" is being interpreted as further indication that President Trump does not plan to facilitate an "orderly transition" and instead that he plans to continue to support, empower, and shield those who believe he won the election.

- Plans for future armed protests have already begun proliferating on and off-Twitter, including a proposed secondary attack on the US Capitol and state capitol buildings on January 17, 2021.

As such, our determination is that the two Tweets above are likely to inspire others to replicate the violent acts that took place on January 6, 2021, and that there are multiple indicators that they are being received and understood as encouragement to do so.



(https://www.twitter.com/Twitter)
Twitter Inc.

# EXHIBIT J

**Thread**



**jack** ✔ @jack · Jan 13                                          •••

I do not celebrate or feel pride in our having to ban @realDonaldTrump
from Twitter, or how we got here. After a clear warning we'd take this action,
we made a decision with the best information we had based on threats to
physical safety both on and off Twitter. Was this correct?

💬 47.9K              ↻ 29K              ♡ 114.8K              ⬆



**jack** ✔ @jack · Jan 13                                          •••

I believe this was the right decision for Twitter. We faced an extraordinary
and untenable circumstance, forcing us to focus all of our actions on public
safety. Offline harm as a result of online speech is demonstrably real, and
what drives our policy and enforcement above all.

💬 2.4K              ↻ 3K              ♡ 31.7K              ⬆

# EXHIBIT K

# Twitter Terms of Service

**If you live outside the European Union, EFTA States, or the United Kingdom, including if you live in the United States,** the Twitter User Agreement comprises these Terms of Service, our Privacy Policy (https://twitter.com/privacy), the Twitter Rules and Policies (https://help.twitter.com/en/rules-and-policies#twitter-rules), and all incorporated policies

**If you live in the European Union, EFTA States, or the United Kingdom,** the Twitter User Agreement comprises these Terms of Service, our Privacy Policy (https://twitter.com/privacy), the Twitter Rules and Policies (https://help.twitter.com/en/rules-and-policies#twitter-rules), and all incorporated policies.

## Twitter Terms of Service

### If you live outside the European Union, EFTA States, or the United Kingdom, including if you live in the United States

These Terms of Service ("Terms") govern your access to and use of our services, including our various websites, SMS, APIs, email notifications, applications, buttons, widgets, ads, commerce services, and our other covered services (https://help.twitter.com/en/rules-and-policies/twitter-services-and-corporate-affiliates) (https://help.twitter.com/en/rules-and-policies/twitter-services-and-corporate-affiliates (https://help.twitter.com/en/rules-and-policies/twitter-services-and-corporate-affiliates)) that link to these Terms (collectively, the "Services"), and any information, text, links, graphics, photos, audio, videos, or other materials or arrangements of materials uploaded, downloaded or appearing on the Services (collectively referred to as "Content"). By using the Services you agree to be bound by these Terms.

## 1. Who May Use the Services

You may use the Services only if you agree to form a binding contract with Twitter and are not a person barred from receiving services under the laws of the applicable jurisdiction. In any case, you must be at least 13 years old, or in the case of Periscope 16 years old, to use the Services. If you are accepting these Terms and using the Services on behalf of a company, organization, government, or other legal entity, you represent and warrant that you are authorized to do so and have the authority to bind such entity to these Terms, in which case the words "you" and "your" as used in these Terms shall refer to such entity.

# 2. Privacy

Our Privacy Policy (https://twitter.com/privacy) (https://www.twitter.com/privacy (https://www.twitter.com/privacy)) describes how we handle the information you provide to us when you use our Services. You understand that through your use of the Services you consent to the collection and use (as set forth in the Privacy Policy) of this information, including the transfer of this information to the United States, Ireland, and/or other countries for storage, processing and use by Twitter and its affiliates.

# 3. Content on the Services

You are responsible for your use of the Services and for any Content you provide, including compliance with applicable laws, rules, and regulations. You should only provide Content that you are comfortable sharing with others.

Any use or reliance on any Content or materials posted via the Services or obtained by you through the Services is at your own risk. We do not endorse, support, represent or guarantee the completeness, truthfulness, accuracy, or reliability of any Content or communications posted via the Services or endorse any opinions expressed via the Services. You understand that by using the Services, you may be exposed to Content that might be offensive, harmful, inaccurate or otherwise inappropriate, or in some cases, postings that have been mislabeled or are otherwise deceptive. All Content is the sole responsibility of the person who originated such Content. We may not monitor or control the Content posted via the Services and, we cannot take responsibility for such Content.

We reserve the right to remove Content that violates the User Agreement, including for example, copyright or trademark violations or other intellectual property misappropriation, impersonation, unlawful conduct, or harassment. Information regarding specific policies and the process for reporting or appealing violations can

be found in our Help Center (https://help.twitter.com/en/rules-and-policies/twitter-report-violation#specific-violations (https://help.twitter.com/en/rules-and-policies/twitter-report-violation#specific-violations) and https://help.twitter.com/en/managing-your-account/suspended-twitter-accounts (https://help.twitter.com/en/managing-your-account/suspended-twitter-accounts)).

If you believe that your Content has been copied in a way that constitutes copyright infringement, please report this by visiting our Copyright reporting form (https://help.twitter.com/forms/dmca (https://help.twitter.com/forms/dmca)) or contacting our designated copyright agent at:

Twitter, Inc.
Attn: Copyright Agent
1355 Market Street, Suite 900
San Francisco, CA 94103
Reports: https://help.twitter.com/forms/dmca (https://help.twitter.com/forms/dmca)
Email: copyright@twitter.com
(for content on Twitter)

Twitter, Inc.
Attn: Copyright Agent - Periscope
1355 Market Street, Suite 900
San Francisco, CA 94103
Reports: https://help.twitter.com/forms/dmca
(https://help.twitter.com/forms/dmca)Email: copyright@pscp.tv
(for content on Periscope)

# Your Rights and Grant of Rights in the Content

You retain your rights to any Content you submit, post or display on or through the Services. What's yours is yours — you own your Content (and your incorporated audio, photos and videos are considered part of the Content).

By submitting, posting or displaying Content on or through the Services, you grant us a worldwide, non-exclusive, royalty-free license (with the right to sublicense) to use, copy, reproduce, process, adapt, modify, publish, transmit, display and distribute such Content in any and all media or distribution methods now known or later developed (for clarity, these rights include, for example, curating, transforming, and translating). This license authorizes us to make your Content available to the rest of

the world and to let others do the same. You agree that this license includes the right for Twitter to provide, promote, and improve the Services and to make Content submitted to or through the Services available to other companies, organizations or individuals for the syndication, broadcast, distribution, Retweet, promotion or publication of such Content on other media and services, subject to our terms and conditions for such Content use. Such additional uses by Twitter, or other companies, organizations or individuals, is made with no compensation paid to you with respect to the Content that you submit, post, transmit or otherwise make available through the Services as the use of the Services by you is hereby agreed as being sufficient compensation for the Content and grant of rights herein.

Twitter has an evolving set of rules for how ecosystem partners can interact with your Content on the Services. These rules exist to enable an open ecosystem with your rights in mind. You understand that we may modify or adapt your Content as it is distributed, syndicated, published, or broadcast by us and our partners and/or make changes to your Content in order to adapt the Content to different media.

You represent and warrant that you have, or have obtained, all rights, licenses, consents, permissions, power and/or authority necessary to grant the rights granted herein for any Content that you submit, post or display on or through the Services. You agree that such Content will not contain material subject to copyright or other proprietary rights, unless you have necessary permission or are otherwise legally entitled to post the material and to grant Twitter the license described above.

# 4. Using the Services

Please review the Twitter Rules and Policies (https://help.twitter.com/en/rules-and-policies#twitter-rules) (and, for Periscope, the Periscope Community Guidelines (https://www.pscp.tv/content) at https://www.pscp.tv/content (https://www.pscp.tv/content)), which are part of the User Agreement and outline what is prohibited on the Services. You may use the Services only in compliance with these Terms and all applicable laws, rules and regulations.

Our Services evolve constantly. As such, the Services may change from time to time, at our discretion. We may stop (permanently or temporarily) providing the Services or any features within the Services to you or to users generally. We also retain the right to create limits on use and storage at our sole discretion at any time. We may also

remove or refuse to distribute any Content on the Services, limit distribution or visibility of any Content on the service, suspend or terminate users, and reclaim usernames without liability to you.

In consideration for Twitter granting you access to and use of the Services, you agree that Twitter and its third-party providers and partners may place advertising on the Services or in connection with the display of Content or information from the Services whether submitted by you or others. You also agree not to misuse our Services, for example, by interfering with them or accessing them using a method other than the interface and the instructions that we provide. You may not do any of the following while accessing or using the Services: (i) access, tamper with, or use non-public areas of the Services, Twitter's computer systems, or the technical delivery systems of Twitter's providers; (ii) probe, scan, or test the vulnerability of any system or network or breach or circumvent any security or authentication measures; (iii) access or search or attempt to access or search the Services by any means (automated or otherwise) other than through our currently available, published interfaces that are provided by Twitter (and only pursuant to the applicable terms and conditions), unless you have been specifically allowed to do so in a separate agreement with Twitter (NOTE: crawling the Services is permissible if done in accordance with the provisions of the robots.txt file, however, scraping the Services without the prior consent of Twitter is expressly prohibited); (iv) forge any TCP/IP packet header or any part of the header information in any email or posting, or in any way use the Services to send altered, deceptive or false source-identifying information; or (v) interfere with, or disrupt, (or attempt to do so), the access of any user, host or network, including, without limitation, sending a virus, overloading, flooding, spamming, mail-bombing the Services, or by scripting the creation of Content in such a manner as to interfere with or create an undue burden on the Services. We also reserve the right to access, read, preserve, and disclose any information as we reasonably believe is necessary to (i) satisfy any applicable law, regulation, legal process or governmental request, (ii) enforce the Terms, including investigation of potential violations hereof, (iii) detect, prevent, or otherwise address fraud, security or technical issues, (iv) respond to user support requests, or (v) protect the rights, property or safety of Twitter, its users and the public. Twitter does not disclose personally-identifying information to third parties except in accordance with our Privacy Policy (https://twitter.com/privacy).

If you use developer features of the Services, including but not limited to Twitter for Websites (https://developer.twitter.com/docs/twitter-for-websites/overview) (https://developer.twitter.com/docs/twitter-for-websites/overview (https://developer.twitter.com/docs/twitter-for-websites/overview)), Twitter Cards

(https://developer.twitter.com/docs/tweets/optimize-with-cards/guides/getting-started)
(https://developer.twitter.com/docs/tweets/optimize-with-cards/guides/getting-started
(https://developer.twitter.com/docs/tweets/optimize-with-cards/guides/getting-started)), Public API
(https://developer.twitter.com/en/docs)(https://developer.twitter.com/en/docs
(https://developer.twitter.com/en/docs)), or Sign in with Twitter
(https://developer.twitter.com/docs/basics/authentication/guides/log-in-with-twitter)
(https://developer.twitter.com/docs/basics/authentication/guides/log-in-with-twitter
(https://developer.twitter.com/docs/basics/authentication/guides/log-in-with-twitter)), you agree to our
Developer Agreement (https://developer.twitter.com/en/developer-terms/agreement)
(https://developer.twitter.com/en/developer-terms/agreement
(https://developer.twitter.com/en/developer-terms/agreement)) and Developer Policy
(https://developer.twitter.com/en/developer-terms/policy)
(https://developer.twitter.com/en/developer-terms/policy
(https://developer.twitter.com/en/developer-terms/policy)). If you want to reproduce, modify,
create derivative works, distribute, sell, transfer, publicly display, publicly perform,
transmit, or otherwise use the Services or Content on the Services, you must use the
interfaces and instructions we provide, except as permitted through the Twitter
Services, these Terms, or the terms provided on
https://developer.twitter.com/en/developer-terms (https://developer.twitter.com/en/developer-
terms). If you are a security researcher, you are required to comply with the rules of
the Twitter Vulnerability Reporting Program (https://hackerone.com/twitter)
(https://hackerone.com/twitter (https://hackerone.com/twitter)). The requirements set out in
the preceding paragraph may not apply to those participating in Twitter's Vulnerability
Reporting Program.

If you use advertising features of the Services, you must agree to our Twitter Master
Services Agreement (https://ads.twitter.com/terms) (https://ads.twitter.com/terms
(https://ads.twitter.com/terms)).

If you use Super Hearts, Coins, or Stars on Periscope, you must agree to our Super
Hearts Terms (https://legal.twitter.com/en/periscope/super/terms.html)
(https://legal.twitter.com/en/periscope/super/terms.html
(https://legal.twitter.com/en/periscope/super/terms.html)).

# Your Account

You may need to create an account to use some of our Services. You are
responsible for safeguarding your account, so use a strong password and limit its use
to this account. We cannot and will not be liable for any loss or damage arising from
your failure to comply with the above.

You can control most communications from the Services. We may need to provide you with certain communications, such as service announcements and administrative messages. These communications are considered part of the Services and your account, and you may not be able to opt-out from receiving them. If you added your phone number to your account and you later change or deactivate that phone number, you must update your account information to help prevent us from communicating with anyone who acquires your old number.

# Your License to Use the Services

Twitter gives you a personal, worldwide, royalty-free, non-assignable and non-exclusive license to use the software provided to you as part of the Services. This license has the sole purpose of enabling you to use and enjoy the benefit of the Services as provided by Twitter, in the manner permitted by these Terms.

The Services are protected by copyright, trademark, and other laws of both the United States and other countries. Nothing in the Terms gives you a right to use the Twitter name or any of the Twitter trademarks, logos, domain names, other distinctive brand features, and other proprietary rights. All right, title, and interest in and to the Services (excluding Content provided by users) are and will remain the exclusive property of Twitter and its licensors. Any feedback, comments, or suggestions you may provide regarding Twitter, or the Services is entirely voluntary and we will be free to use such feedback, comments or suggestions as we see fit and without any obligation to you.

# Ending These Terms

You may end your legal agreement with Twitter at any time by deactivating your accounts and discontinuing your use of the Services. See https://help.twitter.com/en/managing-your-account/how-to-deactivate-twitter-account (https://help.twitter.com/en/managing-your-account/how-to-deactivate-twitter-account) (and for Periscope, https://help.pscp.tv/customer/portal/articles/2460220 (https://help.pscp.tv/customer/portal/articles/2460220)) for instructions on how to deactivate your account and the Privacy Policy for more information on what happens to your information.

We may suspend or terminate your account or cease providing you with all or part of the Services at any time for any or no reason, including, but not limited to, if we reasonably believe: (i) you have violated these Terms or the Twitter Rules and Policies (https://help.twitter.com/en/rules-and-policies#twitter-rules) or Periscope Community Guidelines (https://www.pscp.tv/content), (ii) you create risk or possible legal exposure for

us; (iii) your account should be removed due to unlawful conduct, (iv) your account should be removed due to prolonged inactivity; or (v) our provision of the Services to you is no longer commercially viable. We will make reasonable efforts to notify you by the email address associated with your account or the next time you attempt to access your account, depending on the circumstances. In all such cases, the Terms shall terminate, including, without limitation, your license to use the Services, except that the following sections shall continue to apply: II, III, V, and VI. If you believe your account was terminated in error you can file an appeal following the steps found in our Help Center (https://help.twitter.com/forms/general?subtopic=suspended) (https://help.twitter.com/forms/general?subtopic=suspended (https://help.twitter.com/forms/general?subtopic=suspended)). For the avoidance of doubt, these Terms survive the deactivation or termination of your account.

# 5. Disclaimers and Limitations of Liability

## The Services are Available "AS-IS"

Your access to and use of the Services or any Content are at your own risk. You understand and agree that the Services are provided to you on an "AS IS" and "AS AVAILABLE" basis. The "Twitter Entities" refers to Twitter, its parents, affiliates, related companies, officers, directors, employees, agents, representatives, partners, and licensors. Without limiting the foregoing, to the maximum extent permitted under applicable law, THE TWITTER ENTITIES DISCLAIM ALL WARRANTIES AND CONDITIONS, WHETHER EXPRESS OR IMPLIED, OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE, OR NON-INFRINGEMENT. The Twitter Entities make no warranty or representation and disclaim all responsibility and liability for: (i) the completeness, accuracy, availability, timeliness, security or reliability of the Services or any Content; (ii) any harm to your computer system, loss of data, or other harm that results from your access to or use of the Services or any Content; (iii) the deletion of, or the failure to store or to transmit, any Content and other communications maintained by the Services; and (iv) whether the Services will meet your requirements or be available on an uninterrupted, secure, or error-free basis. No advice or information, whether oral or written, obtained from the Twitter Entities or through the Services, will create any warranty or representation not expressly made herein.

# Limitation of Liability

TO THE MAXIMUM EXTENT PERMITTED BY APPLICABLE LAW, THE TWITTER
ENTITIES SHALL NOT BE LIABLE FOR ANY INDIRECT, INCIDENTAL, SPECIAL,
CONSEQUENTIAL OR PUNITIVE DAMAGES, OR ANY LOSS OF PROFITS OR
REVENUES, WHETHER INCURRED DIRECTLY OR INDIRECTLY, OR ANY LOSS
OF DATA, USE, GOODWILL, OR OTHER INTANGIBLE LOSSES, RESULTING
FROM (i) YOUR ACCESS TO OR USE OF OR INABILITY TO ACCESS OR USE
THE SERVICES; (ii) ANY CONDUCT OR CONTENT OF ANY THIRD PARTY ON
THE SERVICES, INCLUDING WITHOUT LIMITATION, ANY DEFAMATORY,
OFFENSIVE OR ILLEGAL CONDUCT OF OTHER USERS OR THIRD PARTIES; (iii)
ANY CONTENT OBTAINED FROM THE SERVICES; OR (iv) UNAUTHORIZED
ACCESS, USE OR ALTERATION OF YOUR TRANSMISSIONS OR CONTENT. IN
NO EVENT SHALL THE AGGREGATE LIABILITY OF THE TWITTER ENTITIES
EXCEED THE GREATER OF ONE HUNDRED U.S. DOLLARS (U.S. $100.00) OR
THE AMOUNT YOU PAID TWITTER, IF ANY, IN THE PAST SIX MONTHS FOR THE
SERVICES GIVING RISE TO THE CLAIM. THE LIMITATIONS OF THIS
SUBSECTION SHALL APPLY TO ANY THEORY OF LIABILITY, WHETHER BASED
ON WARRANTY, CONTRACT, STATUTE, TORT (INCLUDING NEGLIGENCE) OR
OTHERWISE, AND WHETHER OR NOT THE TWITTER ENTITIES HAVE BEEN
INFORMED OF THE POSSIBILITY OF ANY SUCH DAMAGE, AND EVEN IF A
REMEDY SET FORTH HEREIN IS FOUND TO HAVE FAILED OF ITS ESSENTIAL
PURPOSE.

# 6. General

We may revise these Terms from time to time. The changes will not be retroactive,
and the most current version of the Terms, which will always be at twitter.com/tos
(https://twitter.com/en/tos), will govern our relationship with you. We will try to notify you of
material revisions, for example via a service notification or an email to the email
associated with your account. By continuing to access or use the Services after those
revisions become effective, you agree to be bound by the revised Terms.

The laws of the State of California, excluding its choice of law provisions, will govern
these Terms and any dispute that arises between you and Twitter. All disputes related
to these Terms or the Services will be brought solely in the federal or state courts
located in San Francisco County, California, United States, and you consent to
personal jurisdiction and waive any objection as to inconvenient forum.

If you are a federal, state, or local government entity in the United States using the Services in your official capacity and legally unable to accept the controlling law, jurisdiction or venue clauses above, then those clauses do not apply to you. For such U.S. federal government entities, these Terms and any action related thereto will be governed by the laws of the United States of America (without reference to conflict of laws) and, in the absence of federal law and to the extent permitted under federal law, the laws of the State of California (excluding choice of law).

In the event that any provision of these Terms is held to be invalid or unenforceable, then that provision will be limited or eliminated to the minimum extent necessary, and the remaining provisions of these Terms will remain in full force and effect. Twitter's failure to enforce any right or provision of these Terms will not be deemed a waiver of such right or provision.

These Terms are an agreement between you and Twitter, Inc., 1355 Market Street, Suite 900, San Francisco, CA 94103 U.S.A. If you have any questions about these Terms, please contact us (https://help.twitter.com/forms).

**Effective:** June 18, 2020

Archive of Previous Terms

# Twitter Terms of Service

## If you live in the European Union, EFTA States, or the United Kingdom

These Terms of Service ("Terms") govern your access to and use of our services, including our various websites, SMS, APIs, email notifications, applications, buttons, widgets, ads, commerce services, and our other covered services (https://help.twitter.com/en/rules-and-policies/twitter-services-and-corporate-affiliates (https://help.twitter.com/en/rules-and-policies/twitter-services-and-corporate-affiliates)) that link to these Terms (collectively, the "Services"), and any information, text, links, graphics, photos, audio, videos, or other materials or arrangements of materials uploaded, downloaded or appearing on the Services (collectively referred to as "Content"). By using the Services you agree to be bound by these Terms.

# 1. Who May Use the Services

You may use the Services only if you agree to form a binding contract with Twitter and are not a person barred from receiving services under the laws of the applicable jurisdiction. In any case, you must be at least 13 years old, or in the case of Periscope 16 years old, to use the Services. If you are accepting these Terms and using the Services on behalf of a company, organization, government, or other legal entity, you represent and warrant that you are authorized to do so and have the authority to bind such entity to these Terms, in which case the words "you" and "your" as used in these Terms shall refer to such entity.

# 2. Privacy

Our Privacy Policy (https://twitter.com/privacy) (https://www.twitter.com/privacy (https://www.twitter.com/privacy)) describes how we handle the information you provide to us when you use our Services. You understand that through your use of the Services you consent to the collection and use (as set forth in the Privacy Policy) of this information, including the transfer of this information to the United States, Ireland, and/or other countries for storage, processing and use by Twitter and its affiliates.

# 3. Content on the Services

You are responsible for your use of the Services and for any Content you provide, including compliance with applicable laws, rules, and regulations. You should only provide Content that you are comfortable sharing with others.

Any use or reliance on any Content or materials posted via the Services or obtained by you through the Services is at your own risk. We do not endorse, support, represent or guarantee the completeness, truthfulness, accuracy, or reliability of any Content or communications posted via the Services or endorse any opinions expressed via the Services. You understand that by using the Services, you may be exposed to Content that might be offensive, harmful, inaccurate or otherwise inappropriate, or in some cases, postings that have been mislabeled or are otherwise deceptive. All Content is the sole responsibility of the person who originated such Content. We may not monitor or control the Content posted via the Services and, we cannot take responsibility for such Content.

We reserve the right to remove Content that violates the User Agreement, including for example, copyright or trademark violations or other intellectual property misappropriation, impersonation, unlawful conduct, or harassment. Information regarding specific policies and the process for reporting or appealing violations can be found in our Help Center (https://help.twitter.com/en/rules-and-policies/twitter-report-violation#specific-violations (https://help.twitter.com/en/rules-and-policies/twitter-report-violation#specific-violations) and https://help.twitter.com/en/managing-your-account/suspended-twitter-accounts (https://help.twitter.com/en/managing-your-account/suspended-twitter-accounts)).

If you believe that your Content has been copied in a way that constitutes copyright infringement, please report this by visiting our Copyright reporting form (https://help.twitter.com/forms/dmca (https://help.twitter.com/forms/dmca)) or contacting our designated copyright agent at:

Twitter, Inc.
Attn: Copyright Agent
1355 Market Street, Suite 900
San Francisco, CA 94103
Reports: https://help.twitter.com/forms/dmca (https://help.twitter.com/forms/dmca)
Email: copyright@twitter.com
(for content on Twitter)

Twitter, Inc.
Attn: Copyright Agent - Periscope
1355 Market Street, Suite 900
San Francisco, CA 94103
Reports: https://help.twitter.com/forms/dmca
(https://help.twitter.com/forms/dmca)Email: copyright@pscp.tv
(for content on Periscope)

# Your Rights and Grant of Rights in the Content

You retain your rights to any Content you submit, post or display on or through the Services. What's yours is yours — you own your Content (and your incorporated audio, photos and videos are considered part of the Content).

By submitting, posting or displaying Content on or through the Services, you grant us a worldwide, non-exclusive, royalty-free license (with the right to sublicense) to use, copy, reproduce, process, adapt, modify, publish, transmit, display and distribute such Content in any and all media or distribution methods now known or later developed (for clarity, these rights include, for example, curating, transforming, and translating). This license authorizes us to make your Content available to the rest of the world and to let others do the same. You agree that this license includes the right for Twitter to provide, promote, and improve the Services and to make Content submitted to or through the Services available to other companies, organizations or individuals for the syndication, broadcast, distribution, Retweet, promotion or publication of such Content on other media and services, subject to our terms and conditions for such Content use. Such additional uses by Twitter, or other companies, organizations or individuals, is made with no compensation paid to you with respect to the Content that you submit, post, transmit or otherwise make available through the Services as the use of the Services by you is hereby agreed as being sufficient compensation for the Content and grant of rights herein.

Twitter has an evolving set of rules for how ecosystem partners can interact with your Content on the Services. These rules exist to enable an open ecosystem with your rights in mind. You understand that we may modify or adapt your Content as it is distributed, syndicated, published, or broadcast by us and our partners and/or make changes to your Content in order to adapt the Content to different media.

You represent and warrant that you have, or have obtained, all rights, licenses, consents, permissions, power and/or authority necessary to grant the rights granted herein for any Content that you submit, post or display on or through the Services. You agree that such Content will not contain material subject to copyright or other proprietary rights, unless you have necessary permission or are otherwise legally entitled to post the material and to grant Twitter the license described above.

# 4. Using the Services

Please review the Twitter Rules and Policies (https://help.twitter.com/en/rules-and-policies#twitter-rules) (and, for Periscope, the Periscope Community Guidelines (https://www.pscp.tv/content) at https://pscp.tv/content (https://www.pscp.tv/content)), which are part of the User Agreement and outline what is prohibited on the Services. You may use the Services only in compliance with these Terms and all applicable laws, rules and regulations.

Our Services evolve constantly. As such, the Services may change from time to time, at our discretion. We may stop (permanently or temporarily) providing the Services or any features within the Services to you or to users generally. We also retain the right to create limits on use and storage at our sole discretion at any time. We may also remove or refuse to distribute any Content on the Services, limit distribution or visibility of any Content on the service, suspend or terminate users, and reclaim usernames without liability to you.

In consideration for Twitter granting you access to and use of the Services, you agree that Twitter and its third-party providers and partners may place advertising on the Services or in connection with the display of Content or information from the Services whether submitted by you or others. You also agree not to misuse our Services, for example, by interfering with them or accessing them using a method other than the interface and the instructions that we provide. You may not do any of the following while accessing or using the Services: (i) access, tamper with, or use non-public areas of the Services, Twitter's computer systems, or the technical delivery systems of Twitter's providers; (ii) probe, scan, or test the vulnerability of any system or network or breach or circumvent any security or authentication measures; (iii) access or search or attempt to access or search the Services by any means (automated or otherwise) other than through our currently available, published interfaces that are provided by Twitter (and only pursuant to the applicable terms and conditions), unless you have been specifically allowed to do so in a separate agreement with Twitter (NOTE: crawling the Services is permissible if done in accordance with the provisions of the robots.txt file, however, scraping the Services without the prior consent of Twitter is expressly prohibited); (iv) forge any TCP/IP packet header or any part of the header information in any email or posting, or in any way use the Services to send altered, deceptive or false source-identifying information; or (v) interfere with, or disrupt, (or attempt to do so), the access of any user, host or network, including, without limitation, sending a virus, overloading, flooding, spamming, mail-bombing the Services, or by scripting the creation of Content in such a manner as to interfere with or create an undue burden on the Services. We also reserve the right to access, read, preserve, and disclose any information as we reasonably believe is necessary to (i) satisfy any applicable law, regulation, legal process or governmental request, (ii) enforce the Terms, including investigation of potential violations hereof, (iii) detect, prevent, or otherwise address fraud, security or technical issues, (iv) respond to user support requests, or (v) protect the rights, property or safety of Twitter, its users and the public. Twitter does not disclose personally-identifying information to third parties except in accordance with our Privacy Policy (https://twitter.com/privacy).

If you use developer features of the Services, including but not limited to Twitter for Websites (https://developer.twitter.com/docs/twitter-for-websites/overview) (https://developer.twitter.com/docs/twitter-for-websites/overview (https://developer.twitter.com/docs/twitter-for-websites/overview)), Twitter Cards (https://developer.twitter.com/docs/tweets/optimize-with-cards/guides/getting-started) (https://developer.twitter.com/docs/tweets/optimize-with-cards/guides/getting-started (https://developer.twitter.com/docs/tweets/optimize-with-cards/guides/getting-started)), Public API (https://developer.twitter.com/en/docs)(https://developer.twitter.com/en/docs (https://developer.twitter.com/en/docs)), or Sign in with Twitter (https://developer.twitter.com/docs/basics/authentication/guides/log-in-with-twitter) (https://developer.twitter.com/docs/basics/authentication/guides/log-in-with-twitter (https://developer.twitter.com/docs/basics/authentication/guides/log-in-with-twitter)), you agree to our Developer Agreement (https://developer.twitter.com/en/developer-terms/agreement) (https://developer.twitter.com/en/developer-terms/agreement (https://developer.twitter.com/en/developer-terms/agreement)) and Developer Policy (https://developer.twitter.com/en/developer-terms/policy) (https://developer.twitter.com/en/developer-terms/policy (https://developer.twitter.com/en/developer-terms/policy)). If you want to reproduce, modify, create derivative works, distribute, sell, transfer, publicly display, publicly perform, transmit, or otherwise use the Services or Content on the Services, you must use the interfaces and instructions we provide, except as permitted through the Twitter Services, these Terms, or the terms provided on https://developer.twitter.com/en/developer-terms (https://developer.twitter.com/en/developer-terms). If you are a security researcher, you are required to comply with the rules of the Twitter Vulnerability Reporting Program (https://hackerone.com/twitter) (https://hackerone.com/twitter (https://hackerone.com/twitter)).  The requirements set out in the preceding paragraph may not apply to those participating in Twitter's Vulnerability Reporting Program.

If you use advertising features of the Services, you must agree to our Twitter Master Services Agreement (https://ads.twitter.com/terms) (https://ads.twitter.com/terms (https://ads.twitter.com/terms)).

If you use Super Hearts, Coins, or Stars on Periscope, you agree to our Super Hearts Terms (https://legal.twitter.com/en/periscope/super/terms.html) (https://legal.twitter.com/en/periscope/super/terms.html (https://legal.twitter.com/en/periscope/super/terms.html)).

# Your Account

You may need to create an account to use some of our Services. You are responsible for safeguarding your account, so use a strong password and limit its use to this account. We cannot and will not be liable for any loss or damage arising from your failure to comply with the above.

You can control most communications from the Services. We may need to provide you with certain communications, such as service announcements and administrative messages. These communications are considered part of the Services and your account, and you may not be able to opt-out from receiving them. If you added your phone number to your account and you later change or deactivate that phone number, you must update your account information to help prevent us from communicating with anyone who acquires your old number.

# Your License to Use the Services

Twitter gives you a personal, worldwide, royalty-free, non-assignable and non-exclusive license to use the software provided to you as part of the Services. This license has the sole purpose of enabling you to use and enjoy the benefit of the Services as provided by Twitter, in the manner permitted by these Terms.

The Services are protected by copyright, trademark, and other laws of both the United States and other countries. Nothing in the Terms gives you a right to use the Twitter name or any of the Twitter trademarks, logos, domain names, other distinctive brand features, and other proprietary rights. All right, title, and interest in and to the Services (excluding Content provided by users) are and will remain the exclusive property of Twitter and its licensors. Any feedback, comments, or suggestions you may provide regarding Twitter, or the Services is entirely voluntary and we will be free to use such feedback, comments or suggestions as we see fit and without any obligation to you.

# Ending These Terms

You may end your legal agreement with Twitter at any time by deactivating your accounts and discontinuing your use of the Services. See https://help.twitter.com/en/managing-your-account/how-to-deactivate-twitter-account (https://help.twitter.com/en/managing-your-account/how-to-deactivate-twitter-account) (and for Periscope, https://help.pscp.tv/customer/portal/articles/2460220 (https://help.pscp.tv/customer/portal/articles/2460220)) for instructions on how to deactivate your account and the Privacy Policy for more information on what happens to your information.

We may suspend or terminate your account or cease providing you with all or part of the Services at any time for any or no reason, including, but not limited to, if we reasonably believe: (i) you have violated these Terms or the Twitter Rules and Policies (https://help.twitter.com/en/rules-and-policies#twitter-rules) or Periscope Community Guidelines (https://www.pscp.tv/content), (ii) you create risk or possible legal exposure for us; (iii) your account should be removed due to unlawful conduct, (iv) your account should be removed due to prolonged inactivity; or (v) our provision of the Services to you is no longer commercially viable. We will make reasonable efforts to notify you by the email address associated with your account or the next time you attempt to access your account, depending on the circumstances. In all such cases, the Terms shall terminate, including, without limitation, your license to use the Services, except that the following sections shall continue to apply: II, III, V, and VI. If you believe your account was terminated in error you can file an appeal following the steps found in our Help Center (https://help.twitter.com/forms/general?subtopic=suspended) (https://help.twitter.com/forms/general?subtopic=suspended (https://help.twitter.com/forms/general?subtopic=suspended)). For the avoidance of doubt, these Terms survive the deactivation or termination of your account.

# 5. Limitations of Liability

By using the Services you agree that Twitter, its parents, affiliates, related companies, officers, directors, employees, agents representatives, partners and licensors, liability is limited to the maximum extent permissible in your country of residence.

# 6. General

We may revise these Terms from time to time. The changes will not be retroactive, and the most current version of the Terms, which will always be at twitter.com/tos (https://twitter.com/en/tos), will govern our relationship with you. Other than for changes addressing new functions or made for legal reasons, we will notify you 30 days in advance of making effective changes to these Terms that impact the rights or obligations of any party to these Terms, for example via a service notification or an email to the email associated with your account. By continuing to access or use the Services after those revisions become effective, you agree to be bound by the revised Terms.

In the event that any provision of these Terms is held to be invalid or unenforceable, then that provision will be limited or eliminated to the minimum extent necessary, and the remaining provisions of these Terms will remain in full force and effect. Twitter's failure to enforce any right or provision of these Terms will not be deemed a waiver of such right or provision.

These Terms are an agreement between you and Twitter International Company (Co. number 503351, VAT number IE9803175Q), an Irish company with its registered office at One Cumberland Place, Fenian Street Dublin 2, D02 AX07 Ireland. If you have any questions about these Terms, please contact us (https://help.twitter.com/forms).

**Effective:** June 18, 2020

Archive of Previous Terms

© 2021 Twitter, Inc.

Cookies (https://help.twitter.com/rules-and-policies/twitter-cookies)

Privacy (https://twitter.com/privacy)

Terms and conditions (https://twitter.com/tos)

## <u>CERTIFICATE OF SERVICE</u>

I, Mark D. Flanagan, herby certify that on March 8, 2021, I served the attached document via electronic mail upon the following address, per consent of all parties.

Brad.schuelke@oag.texas.gov

DATED: March 8, 2021

/s/ Mark D. Flanagan
Mark D. Flanagan

MARK D. FLANAGAN (CA Bar No. 130303)
mark.flanagan@wilmerhale.com
WILMER CUTLER PICKERING
   HALE AND DORR LLP
2600 El Camino Real, Suite 400
Palo Alto, California 94306
Telephone:  (650) 858-6047
Facsimile:  (650) 858-6100

***Attorney for Plaintiff***
**TWITTER, INC.**