PATRICK J. CAROME (*pro hac vice* pending)
patrick.carome@wilmerhale.com
ARI HOLTZBLATT (*pro hac vice* pending)
ari.holtzblatt@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
1875 Pennsylvania Avenue, NW
Washington, D.C. 20006
Telephone: (202) 663-6000
Facsimile: (202) 663-6363

PETER G. NEIMAN (*pro hac vice* pending)
peter.neiman@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
250 Greenwich St., 45 Floor
New York, New York 10007
Telephone: (212) 295-6487
Facsimile: (202) 663-6363

MARK D. FLANAGAN
CA Bar No. 130303
mark.flanagan@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
2600 El Camino Real, Suite 400
Palo Alto, California 94306
Telephone: (650) 858-6047
Facsimile: (650) 858-6100

*Attorneys for Plaintiff*
**TWITTER, INC.**

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TWITTER, INC.,<br><br>Plaintiff,<br><br>v.<br><br>KEN PAXTON,<br>in his official capacity as Attorney General of Texas,<br><br>Defendant. | Case No. 3:21-cv-01644<br><br>**[PROPOSED] TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE WHY A PRELIMINARY INJUNCTION SHOULD NOT ISSUE**<br><br>Date:<br><br>Courtroom:<br><br>Judge: |

**[PROPOSED] TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE**

On March __, 2021, this Court heard Plaintiff's application for a Temporary Restraining Order and Order to Show Cause why a preliminary injunction should not be issued. After hearing this application and considering the arguments and papers submitted, the Court enters the following Temporary Restraining Order:

ORDERED that Texas Attorney General Ken Paxton ("AG Paxton"), together with his agents, employees, attorneys, and all persons in active concert or participation with them who receive actual notice of the injunction are enjoined from:

> Initiating any action to enforce the Civil Investigative Demand issued by AG Paxton to Twitter on January 13, 2021 or otherwise pursuing the investigation of Twitter's internal editorial processes that AG Paxton publicly announced on January 13, 2021.

This order and all supporting pleadings and opposing papers must be served upon the adverse party within ___ days.

Defendant is further ordered to show cause on March ___, 2021, at ___ before this Court why a preliminary injunction to the same effect should not issue.

This order shall remain in effect until March ___, 2021.

**IT IS SO ORDERED.**

Dated: _____

San Francisco, California                United States District Judge

**CERTIFICATE OF SERVICE**

I, Mark D. Flanagan, herby certify that on March 8, 2021, I served the attached document via electronic mail upon the following address, per consent of all parties.

Brad.schuelke@oag.texas.gov

DATED: March 8, 2021                             /s/ Mark D. Flanagan
                                                 Mark D. Flanagan

                                                 MARK D. FLANAGAN (CA Bar No. 130303)
                                                 mark.flanagan@wilmerhale.com
                                                 WILMER CUTLER PICKERING
                                                   HALE AND DORR LLP
                                                 2600 El Camino Real, Suite 400
                                                 Palo Alto, California 94306
                                                 Telephone:  (650) 858-6047
                                                 Facsimile:  (650) 858-6100

                                                 *Attorney for Plaintiff*
                                                 **TWITTER, INC.**