1
2
3
4
UNITED STATES DISTRICT COURT
5
NORTHERN DISTRICT OF CALIFORNIA
6
7
TWITTER, INC.,                          Case No. 21-cv-01644-TSH
8
                Plaintiff,
9
        v.                              **ORDER REASSIGNING CASE**
10
KEN PAXTON,
11
                Defendant.
12
13
        IT IS ORDERED that this case has been reassigned using a proportionate, random and
14
blind system pursuant to General Order No. 44 to the Honorable Maxine M. Chesney in the San
15
Francisco division for all further proceedings.  Counsel are instructed that all future filings shall
16
bear the initials MMC immediately after the case number.
17
        All hearing and trial dates presently scheduled are vacated.  However, existing briefing
18
schedules for motions remain unchanged.  Motions must be renoticed for hearing before the judge
19
to whom the case has been reassigned, but the renoticing of the hearing does not affect the prior
20
briefing schedule.  Other deadlines such as those for ADR compliance and discovery cutoff also
21
remain unchanged.
22
Dated:  March 9, 2021
23
24
_____
25
Susan Y. Soong
Clerk, United States District Court
26
27
28
A true and correct copy of this order has been served by mail upon any pro se parties.

United States District Court
Northern District of California