MARK D. FLANAGAN
CA Bar No. 130303
mark.flanagan@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
2600 El Camino Real, Suite 400
Palo Alto, California 94306
Telephone: (650) 858-6047
Facsimile: (650) 858-6100

*Attorneys for Plaintiff*
**TWITTER, INC.**

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### (SAN FRANCISCO DIVISION)

| | |
|---|---|
| TWITTER, INC., <br><br> Plaintiff, <br><br> v. <br><br> KEN PAXTON, <br> in his official capacity as Attorney General of Texas, <br><br> Defendant. | Case No. 3:21-cv-01644-MMC <br><br> Hon. Maxine M. Chesney <br><br> **AFFIDAVIT OF SERVICE RE SUMMONS AND COMPLAINT, MOTION FOR TEMPORARY RESTRAINING ORDER, AND OTHER CASE FILNGS/ORDERS** |

## AFFIDAVIT OF SERVICE

UNITED STATES DISTRICT COURT
Northern District of California

Case Number: 3:21-CV-1644-TSH

Plaintiff:
**Twitter, Inc.**

vs.

Defendant:
**Ken Paxton, in his official capacity as Attorney General of Texas**

For:
Mark D Flanagan
Wilmer Cutler Pickering Hale & Dorr LLP
2600 El Camino Real
Suite 400
Palo Alto, CA 94306

Received by RPM Legal on the 9th day of March, 2021 at 1:03 pm to be served on **Ken Paxton Office of The Attorney General, 300 W. 15th St, Austin, TX 78701**.

I, Jeffrey P. Wilson, being duly sworn, depose and say that on the **9th day of March, 2021** at **2:34 pm, I:**

Executed service by hand delivering a true copy of the **SUMMONS IN A CIVIL ACTION, COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF, TWITTER, INC.'S NOTICE OF MOTIONAND MOTION FOR TEMPORARYRESTRAINING ORDER AND ORDER TOSHOW CAUSE WHY A PRELIMINARYINJUNCTION SHOULD NOT ISSUE ANDMEMORANDUM OF POINTS ANDAUTHORITIES IN SUPPORT THEREOF, STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT OF CALIFORNIA, ORDER REASSIGNING CASE, ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES, STANDING ORDERS FOR CIVIL CASES ASSIGNED TO THE HONORABLE MAXINE M. CHESNEY, ADR LOCAL RULES, TWITTER, INC.'S CORPORATE DISCLOSURE STATEMENT ANDCERTIFICATION OF INTERESTED ENTITIES OR PERSONS UNDER FED. R. CIV. P. 7.1 AND CIV. L.R. 3-15, APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE, APPLICATION FORADMISSION OF ATTORNEY PRO HAC VICE, APPLICATION FOR ADMISSION OF ATTORNEYPRO HAC VICE** , to: **Jordan Eskew personally** as **Authorized Acceptance Agent** at the address of: **209 W 14th St, Austin, TX 78701**, who is authorized to accept service for **Ken Paxton**, and informed said person of the contents therein, in compliance with state statutes.

"I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server in good stan ding in the judicial circuit in which the process was served. I have personal knowledge of the facts set forth in this affidavit, and the y are true and correct."

Subscribed and Sworn to before me on the 9th day of March, 2021 by the affiant who is personally known to me.

_____
NOTARY PUBLIC

JENNIFER ROE WILSON
Notary ID #132344097
My Commission Expires
February 4, 2024

_____
Jeffrey P. Wilson
PSC-14357 Exp 7/31/2022

RPM Legal
1015 Mica Court
Toms River, NJ 08753
(646) 529-0574

Our Job Serial Number: ONT-2021001186

Copyright © 1992-2021 Database Services, Inc. - Process Server's Toolbox V8.1t

