PATRICK J. CAROME (*pro hac vice*)
patrick.carome@wilmerhale.com
ARI HOLTZBLATT (*pro hac vice*)
ari.holtzblatt@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
1875 Pennsylvania Avenue, NW
Washington, D.C. 20006
Telephone:  (202) 663-6000
Facsimile:  (202) 663-6363

PETER G. NEIMAN (*pro hac vice*)
peter.neiman@wilmerhale.com
250 Greenwich St., 45 Floor
New York, New York 10007
Telephone:  (212) 295-6487
Facsimile:  (202) 663-6363

MARK D. FLANAGAN
CA Bar No. 130303
mark.flanagan@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
2600 El Camino Real #400
Palo Alto, California 94306
Telephone: (650) 858-6047
Facsimile:  (650) 858-6100

***Attorneys for Plaintiff***
**TWITTER, INC.**

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TWITTER, INC.,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>KEN PAXTON,<br>in his official capacity as Attorney<br>General of Texas,<br><br>　　　　　　　Defendant. | Case No. 3:21-cv-01644-MMC<br>**CIVIL LOCAL RULE 6-2(A)**<br>**STIPULATION AND [PROPOSED]**<br>**ORDER** |

1

Plaintiff Twitter, Inc. ("Plaintiff") filed a Complaint (Dkt. 1) and Motion for a Temporary Restraining Order and Order to Show Cause Why a Preliminary Injunction Should Not Issue ("Motion") (Dkt. 5), asserting that Defendant Texas Attorney General Ken Paxton's ("Defendant's") investigation into Twitter and related civil investigative demand violate the First Amendment of the United States Constitution.  Plaintiff arranged for the papers to be served personally on Defendant on March 9, 2021.

The Office of the Texas Attorney General represents Defendant in this action, plans to enter a Notice of Appearance on behalf of Defendant, has authority to enter into this Stipulation and Proposed Order on his behalf, and reserves any objections to personal jurisdiction, venue, and any other defense to Plaintiff's Complaint.

Pursuant to Civil Local Rule 6-2(a), the parties, by and through their respective counsel, have consented to the substance of this stipulation, to treating Plaintiff's Motion as a motion for a preliminary injunction, and the following proposed briefing schedule on Plaintiff's Motion (recognizing that the Court will schedule the hearing at the Court's convenience):

a) Defendant's Opposition to the Motion due:          March 29, 2021

b) Plaintiff's Reply on the Motion due:          April 12, 2021

c) Defendant's responsive pleadings are due within seven days of the Court's order disposing of the Motion.

The parties, through their respective counsel, have also agreed to the following:

Defendant shall not seek to enforce any civil investigative demand against Plaintiff in its investigation of Plaintiff's potential violations of sections 17.46(a) and (b) of the Texas Deceptive Trade Practices – Consumer Protection Act relating to the subjects of the civil

investigative demand issued to Plaintiff on January 13, 2021, or file an enforcement lawsuit against Plaintiff regarding those subjects, until at least seven days after this Court disposes of Plaintiff's Motion, or May 7, 2021, whichever occurs first.

Good cause exists and the parties' stipulated request for an enlargement of the time for briefing the Motion is reasonable in light of the complicated nature of this case.

Pursuant to Civil Local Rule 6-2(a), Plaintiff and Defendant hereby request that the Court enter an order allowing the parties to proceed under the schedule set forth above.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____

_____
By: Hon. Maxine Chesney
UNITED STATES DISTRICT JUDGE

3

Case No. 3:21-cv-01644-MMC                    CIVIL LOCAL RULE 6-2(a) STIPULATION
                                              AND PROPOSED ORDER

Dated:        March 10, 2021

WILMER CUTLER PICKERING
  HALE AND DORR LLP

By:      /s/ Patrick J. Carome

PATRICK J. CAROME (*pro hac vice*)
patrick.carome@wilmerhale.com
ARI HOLTZBLATT (*pro hac vice*)
ari.holtzblatt@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
1875 Pennsylvania Avenue, NW
Washington, D.C. 20006
Telephone:  (202) 663-6000
Facsimile:  (202) 663-6363

PETER G. NEIMAN (*pro hac vice*)
peter.neiman@wilmerhale.com
250 Greenwich St., 45 Floor
New York, New York 10007
Telephone:  (212) 295-6487
Facsimile:  (202) 663-6363

MARK D. FLANAGAN (CA Bar No.
130303)
mark.flanagan@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
2600 El Camino Real #400
Palo Alto, California 94306
Telephone:  (650) 858-6047
Facsimile:  (650) 858-6100

***Attorneys for Plaintiff***
**TWITTER, INC.**

Dated:        March 10, 2021

TEXAS OFFICE OF THE ATTORNEY
GENERAL

By:      /s/ Patrick K. Sweeten

**PATRICK K. SWEETEN**
Associate Deputy Attorney General
for Special Litigation
OFFICE OF THE ATTORNEY GENERAL
OF TEXAS
P.O. Box 12548 (MC 009)
Austin, TX  78711-2548

***Attorney for Defendant***
**Ken Paxton**

4

CIVIL LOCAL RULE 6-2(a) STIPULATION
AND PROPOSED ORDER

**SIGNATURE ATTESTATION**

I am the ECF User whose identification and password are being used to file the foregoing.  Pursuant to Civil Local Rule 5-1(i), I hereby attest that the other signatures have concurred in this filing.

Dated:    March 10, 2021                                        By:      /s/ Patrick J. Carome

**CERTIFICATE OF SERVICE**

I hereby certify that on March 10, 2021, I electronically caused to be filed the above document with the Clerk of the Court using CM/ECF which will send electronic notification of such filing to all registered counsel.  I have also caused to be sent electronic copy of the above document to counsel for Defendant not yet registered.

Dated:    March 10, 2021                                        By:      /s/ Patrick J. Carome

Case No. 3:21-cv-01644-MMC                    CIVIL LOCAL RULE 6-2(a) STIPULATION
                                              AND PROPOSED ORDER