KATIE TOWNSEND (SBN 254321)
　*Counsel of Record*
GABE ROTTMAN*
MAILYN FIDLER*
ktownsend@rcfp.org
REPORTERS COMMITTEE FOR
FREEDOM OF THE PRESS
1156 15th Street NW, Suite 1020
Washington, D.C. 20005
Telephone: (202) 795-9300
Facsimile: (202) 795-9310
\* *Of counsel*

*Counsel for Amici Curiae*
*Additional counsel listed on signature page*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **TWITTER, INC.**<br><br>　　　**Plaintiff,**<br><br>v.<br><br>**KEN PAXTON,**<br>**in his official capacity as Attorney General of Texas,**<br><br>　　　**Defendant.** | Case No. 3:21-CV-01644<br><br>**MOTION FOR LEAVE TO FILE BRIEF OF THE REPORTERS COMMITTEE FOR FREEDOM OF THE PRESS, CENTER FOR DEMOCRACY AND TECHNOLOGY, ELECTRONIC FRONTIER FOUNDATION, MEDIA LAW RESOURCE CENTER, INC., AND PEN AMERICA AS AMICI CURIAE IN SUPPORT OF PLAINTIFF**<br><br>Judge: Maxine Chesney |

Proposed amici curiae, the Reporters Committee for Freedom of the Press ("Reporters Committee"), Center for Democracy and Technology, Electronic Frontier Foundation, Media Law Resource Center, Inc., and PEN America, respectfully move this Court for leave to submit the attached amici curiae brief in support of Plaintiff's Motion for Temporary Restraining Order and Order to Show Cause Why a Preliminary Injunction Should Not Issue ("Plaintiff's Motion").  The proposed brief is attached to this Motion.

The Reporters Committee is an unincorporated nonprofit founded by leading journalists and media lawyers in 1970 when the nation's news media faced an unprecedented wave of government subpoenas forcing reporters to name confidential sources.  Today, its attorneys provide pro bono legal representation, amicus curiae support, and other legal resources to protect First Amendment freedoms and the newsgathering rights of journalists.

Center for Democracy & Technology ("CDT") is a non-profit public interest organization.  For more than 25 years, CDT has represented the public's interest in an open, decentralized internet and worked to ensure that the constitutional and democratic values of free expression and privacy are protected in the digital age.  CDT regularly advocates in support of the First Amendment and protections for online speech before legislatures, regulatory agencies, and courts.

The Electronic Frontier Foundation ("EFF") is a non-profit, member-supported civil liberties organization working to protect digital rights.  Founded in 1990 and

based in San Francisco, California, EFF has more than 37,000 active donors and dues-paying members.  EFF represents the interests of technology users in both court cases and broader policy debates surrounding the application of law in the digital age.

The Media Law Resource Center, Inc. ("MLRC") is a non-profit professional association for content providers in all media, and for their defense lawyers, providing a wide range of resources on media and content law, as well as policy issues.  These include news and analysis of legal, legislative, and regulatory developments; litigation resources and practice guides; and national and international media law conferences and meetings.  The MLRC also works with its membership to respond to legislative and policy proposals, and speaks to the press and public on media law and First Amendment issues.  It counts as members over 125 media companies, including newspaper, magazine and book publishers, TV and radio broadcasters, and digital platforms, and over 200 law firms working in the media law field.  The MLRC was founded in 1980 by leading American publishers and broadcasters to assist in defending and protecting free press rights under the First Amendment.

PEN American Center, Inc. (PEN America or PEN) is a nonprofit organization that represents and advocates for the freedom to write and freedom of expression, both in the United States and abroad.  PEN America is affiliated with more than 100 centers worldwide that comprise the PEN International network.  Its Membership includes more than 7,500 journalists, novelists, poets, essayists, and other

professionals. PEN America stands at the intersection of journalism, literature, and human rights to protect free expression. PEN champions the freedom of people everywhere to write, create literature, convey information and ideas, and express their views, recognizing the power of the word to transform the world. PEN America supports the First Amendment and freedom of expression in the United States.

Plaintiff consents to the filing of this brief. Defendant does not oppose this Motion for Leave to file an amicus brief.

Federal district courts have inherent authority to consider submissions from amicus curiae in connection with proceedings pending before them. Indeed, "[d]istrict courts frequently welcome amicus briefs from non-parties concerning legal issues that have potential ramifications beyond the parties directly involved or if the amicus has unique information or perspective that can help the court beyond the help that the lawyers for the parties are able to provide." *NGV Gaming, Ltd. v. Upstream Point Molate, LLC*, 355 F. Supp. 2d 1061, 1067 (N.D. Cal. 2005) (quotation and citation omitted). This discretion is liberal, requiring only that an applicant demonstrate that its "participation is useful or otherwise desirable to the court." *See Woodfin Suite Hotels, LLC v. City of Emeryville*, No. C 06-1254 SBA, 2007 U.S. Dist. LEXIS 4467, at \*7 (N.D. Cal. Jan. 9, 2007) (quoting *In re Roxford Foods Litig.*, 790 F.Supp. 987 (E.D. Cal. 1991)).

Amici have a strong interest in protecting the free flow of information to the public, of which private speakers, including, but not limited to, news organizations,

are a key part.  Amici are concerned with the potential chilling effect this investigation may have on public discourse and how permitting an inquiry into political content curation by online platforms would contravene the rule articulated by the U.S. Supreme Court in *Miami Herald Pub. Co. v. Tornillo*—that "governmental regulation" of "editorial control and judgment" cannot be "exercised consistent with First Amendment guarantees of a free press[.]"  418 U.S. 241, 258 (1974).  The proposed amici curiae brief also offers additional information on how the particular constitutional right at issue here—the discretion of a private speaker to disseminate or not disseminate lawful speech without government interference—is vulnerable to regulatory pressure, including through government investigations pursuant to deceptive practices statutes such as the Texas Deceptive Trade Practices-Consumer Protection Act ("DTPA").  While laws such as the DTPA serve laudable goals, using them to enforce viewpoint neutrality by private speakers presents the temptation to compel platforms to carry speech perceived as favorable to the government, or, at the very least, that platforms would not otherwise carry.  When deployed in this way, such laws may threaten First Amendment guarantees.

     For the foregoing reasons, proposed amici curiae respectfully request leave to file the attached brief.

| | |
|---|---|
| Dated:  March 24, 2021 | Respectfully submitted,<br><br>/s/ Katie Townsend_____<br><br>KATIE TOWNSEND (SBN 254321)<br>    *Counsel of Record*<br>GABE ROTTMAN*<br>MAILYN FIDLER*<br>ktownsend@rcfp.org<br>REPORTERS COMMITTEE FOR<br>FREEDOM OF THE PRESS<br>1156 15th Street NW, Suite 1020<br>Washington, D.C. 20005<br>Telephone: (202) 795-9300<br>Facsimile: (202) 795-9310<br>* *Of counsel*<br><br>DAVID GREENE (SBN 160107)<br>davidg@eff.org<br>ELECTRONIC FRONTIER FOUNDATION<br>815 Eddy Street<br>San Francisco, CA 94019<br>Telephone: (415) 436-9333 x.143<br><br>SAMIR JAIN*<br>CAITLIN VOGUS*<br>CENTER FOR DEMOCRACY &<br>TECHNOLOGY<br>1401 K Street NW, Suite 200<br>Washington, D.C. 20005<br>**Of counsel*<br><br>NORA BENAVIDEZ*<br>PEN AMERICA<br>588 Broadway, Suite 303<br>New York, NY 10012<br>(212) 334-1660<br>**Of counsel*<br><br>*Counsel for Amici Curiae* |