UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **TWITTER, INC.** | Case No. 3:21-CV-01644 |
| **Plaintiff,** | |
| v. | ORDER |
| **KEN PAXTON,** in his official capacity as Attorney General of Texas, | |
| **Defendant.** | |

The Court, having considered the unopposed MOTION OF REPORTERS COMMITTEE FOR FREEDOM OF THE PRESS, ELECTRONIC FRONTIER FOUNDATION, MEDIA LAW RESOURCE CENTER, INC., CENTER FOR DEMOCRACY AND TECHNOLOGY, AND PEN AMERICA TO FILE AMICI CURIAE BRIEF IN SUPPORT OF PLAINTIFF, hereby GRANTS the motion. The BRIEF OF AMICI CURIAE BRIEF OF REPORTERS COMMITTEE FOR FREEDOM OF THE PRESS, ELECTRONIC FRONTIER FOUNDATION, MEDIA LAW RESOURCE CENTER, INC., CENTER FOR DEMOCRACY AND TECHNOLOGY, AND PEN AMERICA ~~is accepted for filing.~~ shall be filed no later than April 2, 2021.

SO ORDERED.

Dated: March 26, 2021

*[signature]*
United States District Judge