| | |
|---|---|
| PATRICK J. CAROME (*pro hac vice*) <br> patrick.carome@wilmerhale.com <br> ARI HOLTZBLATT (*pro hac vice*) <br> ari.holtzblatt@wilmerhale.com <br> WILMER CUTLER PICKERING <br>   HALE AND DORR LLP <br> 1875 Pennsylvania Avenue, NW <br> Washington, D.C. 20006 <br> Telephone:  (202) 663-6000 <br> Facsimile:  (202) 663-6363 <br><br> PETER G. NEIMAN (*pro hac vice*) <br> peter.neiman@wilmerhale.com <br> 250 Greenwich St., 45 Floor <br> New York, New York 10007 <br> Telephone:  (212) 295-6487 <br> Facsimile:  (202) 663-6363 <br><br> MARK D. FLANAGAN <br> CA Bar No. 130303 <br> mark.flanagan@wilmerhale.com <br> 2600 El Camino Real #400 <br> Palo Alto, California 94306 <br> Telephone: (650) 858-6047 <br> Facsimile:  (650) 858-6100 <br><br> ***Attorneys for Plaintiff*** <br> **TWITTER, INC.** | PATRICK K. SWEETEN (*pro hac vice*) <br> patrick.sweeten@oag.texas.gov <br> WILLIAM T. THOMPSON (*pro hac vice*) <br> will.thompson@oag.texas.gov <br> RYAN D. WALTERS (*pro hac vice*) <br> ryan.walters@oag.texas.gov <br> OFFICE OF THE ATTORNEY GENERAL <br>   OF TEXAS <br> P. O. Box 12548 (MC-009) <br> Austin, TX 78711-2548 <br> Telephone:  (512) 463-4139 <br> Fax:  (512) 457-4410 <br><br> MICHAEL KENNETH JOHNSON (CA Bar No. 130193) <br> michael.Johnson@lewisbrisbois.com <br> LEWIS BRISBOIS BISGAARD & SMITH <br>   LLP <br> 333 Bush Street, Suite 1100 <br> San Francisco, CA 94104-4431 <br> Telephone:  (415) 362-2580 <br> Fax: (415) 434-0882 <br><br> ***Attorneys for Defendant*** <br> **KEN PAXTON** |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TWITTER, INC., <br>              Plaintiff, <br><br> v. <br><br> KEN PAXTON, <br> in his official capacity as Attorney General of Texas, <br><br>              Defendant. | Case No. 3:21-cv-01644-MMC <br> **CIVIL LOCAL RULE 6-2(a) STIPULATION AND [PROPOSED] ORDER REGARDING REMAINING BRIEFING SCHEDULE AND HEARING SCHEDULE FOR PENDING MOTIONS** |

1

Pursuant to Civil Local rule 6-2(a), the parties hereby jointly stipulate to, and respectfully request the Court's approval of, a modest alteration of the briefing and hearing schedule on the parties' two respective pending motions. The reasons for and terms of this stipulated request are as follows.

1. Plaintiff Twitter, Inc. ("Plaintiff") filed a Complaint (Dkt. 1) and Motion for a Temporary Restraining Order and Order to Show Cause Why a Preliminary Injunction Should Not Issue ("Preliminary Injunction Motion") (Dkt. 5), asserting that Defendant Texas Attorney General Ken Paxton's ("Defendant") investigation into Twitter and related civil investigative demand violate the First Amendment of the United States Constitution.

2. On Monday, March 29, 2021, Defendant filed an Opposition to the Preliminary Injunction Motion (Dkt. 38), as well as a Motion to Dismiss asserting, among other matters, that this action is not ripe due to lack of imminent injury, that the Court lacks personal jurisdiction over Defendant and that this Court is an improper and inconvenient venue. (Dkt. 37). Defendant also selected a hearing date of May 7, 2021 for the Motion to Dismiss (Dkt. 37).

3. Pursuant to a prior stipulation submitted by Plaintiff and Defendant Ken Paxton ("Defendant") under Civil Local Rule 6-2(a), this Court ordered on March 11, 2021 (Dkt. 18) a briefing schedule on Plaintiff's Preliminary Injunction Motion, under which Defendant's Opposition to the Motion was due on March 29, 2021, Plaintiff's Reply on the Preliminary Injunction Motion was due on April 12, 2021, and Defendant's responsive pleadings were due within seven days of the Court's order disposing of the Preliminary Injunction Motion. The parties also agreed, in that same stipulation, that Defendant shall not seek to enforce the civil investigative demand issued to Plaintiff in its investigation of Plaintiff's potential violations of sections 17.46 (a) and (b) of the Texas Deceptive Trade Practices Act—Consumer Protection Act, relating to the subjects of the civil investigative demand issued on January 13, 2021, or file an enforcement lawsuit against Plaintiff regarding those subjects, until at least seven days after

1. this Court disposes of Plaintiff's Motion, or May 7, 2021, whichever occurs first.  The Court subsequently set an Initial Case Management Conference for June 11, 2021 at 10:30 AM, with a Joint Case Management Statement due by June 4, 2021.

4. While the parties agree it is entirely appropriate for Defendant to have filed its Motion to Dismiss sooner than the deadline specified in the parties' previous, court-approved stipulation, the timing of the Motion to Dismiss has created a need, which Plaintiff's counsel had not anticipated, for Plaintiff to simultaneously prepare two briefs concerning two motions.

5. In light of the filings, the parties have agreed to the below proposal to provide for an orderly briefing and hearing schedule:

| | |
|---|---|
| Plaintiff's Opposition to the Motion to Dismiss due: | April 16, 2021 |
| Plaintiff's Reply on the Preliminary Injunction Motion due: | April 19, 2021 |
| Defendant's Reply on the Motion to Dismiss due: | April 23, 2021 |
| Proposed Hearing on Both Motions: | April 30, 2021 |

6. Neither party presently intends to call witnesses or offer documents beyond those included in the submissions, but if that changes, and if the Court approves this stipulated request, the parties have agreed to provide one another, by April 20, 2021, with identification of any witnesses they may seek to call and any exhibits (beyond exhibits included in motion papers) they may seek to present at the preliminary injunction hearing.  They have further agreed that, in the event that either party in fact provides any such identification of a witness or any exhibits (beyond exhibits included in motion papers), the other party may have until April 23, 2021, to identify any additional witness(es) or exhibits that the other party may seek to call or present for purposes of countering the witness(es) or exhibit(s) referenced in such identification.  The parties also agreed to provide notice to the other side by April 21, 2021, of any objections to proposed exhibits or witnesses identified on or before April 20, 2021.

7. Good cause exists for the present stipulated request for an enlargement of the time for briefing both motions in light of the complicated nature of this case. The parties' stipulated request for an enlargement of time is reasonable in order to allow both parties to fully address the matters before the Court. Further, the stipulated request provides for a hearing on Plaintiff's Preliminary Injunction Motion that is in advance of, rather than on the same day as, the expiration of the standstill agreement to which the parties previously agreed.

7. The Texas Attorney General continues to object to subject matter jurisdiction, personal jurisdiction, and venue in this Court, and reserves any other defense to Plaintiff's Complaint. Plaintiff likewise continues to reserve all arguments it has relating to subject matter jurisdiction, personal jurisdiction, and venue in this Court, as well as all matters relating to the merits of its claim for relief and entitlement to preliminary and permanent injunctive relief and declarative relief.

8. This order complies with Civil Local Rule 6-1(b), as it does not affect a hearing or proceeding on the Court's calendar scheduled for a date within the next 14 days.

Pursuant to Civil Local Rule 6-2(a), Plaintiff and Defendant hereby request that the Court establish the schedule set forth above by approving and so-ordering this stipulation.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____

By: Hon. Maxine Chesney
UNITED STATES DISTRICT JUDGE

| | | |
|---|---|---|
| 1 | Dated:       April 1, 2020 | WILMER CUTLER PICKERING |
| 2 | |   HALE AND DORR LLP |
| 3 | | By:    /s/ Patrick J. Carome |
| 4 | PATRICK J. CAROME (*pro hac vice*) | MARK D. FLANAGAN (CA Bar No. |
| | patrick.carome@wilmerhale.com | 130303) |
| 5 | ARI HOLTZBLATT (*pro hac vice*) | mark.flanagan@wilmerhale.com |
| | ari.holtzblatt@wilmerhale.com | WILMER CUTLER PICKERING |
| 6 | WILMER CUTLER PICKERING |   HALE AND DORR LLP |
| 7 |   HALE AND DORR LLP | 2600 El Camino Real #400 |
| | 1875 Pennsylvania Avenue, NW | Palo Alto, California 94306 |
| 8 | Washington, D.C. 20006 | Telephone: (650) 858-6047 |
| | Telephone: (202) 663-6000 | Facsimile: (650) 858-6100 |
| 9 | Facsimile: (202) 663-6363 | |

Dated:       April 1, 2020 — PATRICK J. CAROME (*pro hac vice*)
patrick.carome@wilmerhale.com
ARI HOLTZBLATT (*pro hac vice*)
ari.holtzblatt@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
1875 Pennsylvania Avenue, NW
Washington, D.C. 20006
Telephone: (202) 663-6000
Facsimile: (202) 663-6363

PETER G. NEIMAN (*pro hac vice*)
peter.neiman@wilmerhale.com
250 Greenwich St., 45 Floor
New York, New York 10007
Telephone: (212) 295-6487
Facsimile: (202) 663-6363

WILMER CUTLER PICKERING
  HALE AND DORR LLP

By:    /s/ Patrick J. Carome

MARK D. FLANAGAN (CA Bar No. 130303)
mark.flanagan@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
2600 El Camino Real #400
Palo Alto, California 94306
Telephone: (650) 858-6047
Facsimile: (650) 858-6100

***Attorneys for Plaintiff***
**TWITTER, INC.**

Dated:       April 1, 2020

PATRICK K. SWEETEN (*pro hac vice*)
patrick.sweeten@oag.texas.gov
WILLIAM T. THOMPSON (*pro hac vice*)
will.thompson@oag.texas.gov
RYAN D. WALTERS (*pro hac vice*)
ryan.walters@oag.texas.gov
OFFICE OF THE ATTORNEY GENERAL
  OF TEXAS
P. O. Box 12548 (MC-009)
Austin, TX 78711-2548
Telephone: (512) 463-4139
Fax: (512) 457-4410

TEXAS OFFICE OF THE ATTORNEY
  GENERAL

By:    /s/ Patrick K. Sweeten

MICHAEL KENNETH JOHNSON (CA Bar No. 130193)
michael.Johnson@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH
  LLP
333 Bush Street, Suite 1100
San Francisco, CA 94104-4431
Telephone: (415) 362-2580
Fax: (415) 434-0882

## SIGNATURE ATTESTATION

I am the ECF User whose identification and password are being used to file the foregoing.  Pursuant to Civil Local Rule 5-1(i), I hereby attest that the other signatures have concurred in this filing.

| | |
|---|---|
| Dated:   April 1, 2021 | By:   /s/ Patrick J. Carome<br>Patrick J. Carome |

## CERTIFICATE OF SERVICE

I hereby certify that on April 1, 2021, I electronically filed the above document with the Clerk of the Court using CM/ECF which will send electronic notification of such filing to all registered counsel.  I have also sent electronic copy of the above document to counsel for Defendant not yet registered.

| | |
|---|---|
| Dated:   April 1, 2021 | By:   /s/ Patrick J. Carome<br>Patrick J. Carome |