IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TWITTER, INC.,<br><br>        Plaintiff,<br><br>    v.<br><br>KEN PAXTON,<br><br>        Defendant. | Case No. 21-cv-01644-MMC<br><br>**ORDER DIRECTING DEFENDANT TO SUBMIT CHAMBERS COPIES** |

On March 29, 2021, defendant Ken Paxton electronically filed his Response in Opposition to Plainitff's Motion for a Preliminary Injunction, as well as two declarations.

Given the large number of pages comprising said filings, defendant is hereby DIRECTED to submit forthwith a chambers copy of each of the above-referenced documents.  See General Order No. 72-6 (suspending local rules requiring chambers copies "unless a judge orders otherwise in a specific case").

**IT IS SO ORDERED.**

Dated: April 2, 2021

                                                          MAXINE M. CHESNEY<br>
                                                          United States District Judge