FILED
APR 07 2021
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

1  Leonid Goldstein

2  pro se

3

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

----------------------------------------

TWITTER INC.,

Plaintiff,

v.                                     | Case **3:21-cv-01644-MMC**

| **LEONID GOLDSTEIN'S MOTION**
| **FOR LEAVE TO FILE** *AMICUS*
| *CURIAE* **BRIEF IN SUPPORT OF**
| **DEFENDANT KEN PAXTON. TX AG**

| Hon. Maxine M. Chesney

KEN PAXTON. in his official
capacity as Attorney General
of TEXAS

Defendant
----------------------------------------

# MOTION FOR LEAVE TO FILE *AMICUS CURIAE* BRIEF

I, Leonid Goldstein, move for leave to file a brief as Amicus Curiae in support of Defendant Ken Paxton, Texas Attorney General. Plaintiff and Defendant have been contacted, by email, for their consent to this filing, with the full motion and brief attached. Neither has replied yet.

I am a US citizen and a resident of Texas. My professional career comprises more than 20 years of technical and business experience in computer software and networks, in a wide range of positions from engineer to Chief Technology Officer. For a short time, I worked for a social media company in California.

Currently, I am an editor of *defyccc.com*, publishing research and commentary on the intersection of science and technology with public policy.

Over the last five years, I have been a victim of Twitter's misconduct, including bans and other restrictions, based on my scientific, medical, and political disagreements with Twitter's views. I believe that Twitter's conduct is in violation of the Texas Deceptive Trade Practices Act and other federal and Texas laws.

My interest in Texas being able to enforce on Twitter this and other applicable Texas and federal laws, to protect me and other Texans.

My experience in the Twitter's industry also provides valuable insight, which attorneys frequently lack, as explained in the attached Brief. Twitter is not a First Amendment speaker in respect of the content and users' accounts, using Twitter services.

Dated: April 6, 2021

Respectfully Submitted,

By: /s/ Leonid Goldstein

Leonid Goldstein

*pro se*

4400 Troup Hwy

Apt. 508

Tyler, TX 75703

Leo5533@att.net

Phone: (408) 921-1110