# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

---

TWITTER INC.,

Plaintiff,

v.

KEN PAXTON. in his official capacity as Attorney General of TEXAS

Defendant

---

Case **3:21-cv-01644-MMC**

[~~PROPOSED~~] **ORDER GRANTING GOLDSTEIN'S MOTION FOR LEAVE TO FILE AMICUS CURIAE BRIEF IN SUPPORT OF DEFENDANT KEN PAXTON. TX AG**

Hon. Maxine M. Chesnev

## [PROPOSED] ORDER

Having considered Leonid Goldstein's "Motion for Leave to File an *Amicus Curiae* Brief in Support of Defendant Ken Paxton, TX AG," the Motion is hereby **GRANTED**. Leonid Goldstein shall file his Brief no later than April 22, 2021.

Dated: April 8, 2021

*[signature]*

Hon. Maxine M. Chesney