PATRICK J. CAROME (*pro hac vice*)
patrick.carome@wilmerhale.com
ARI HOLTZBLATT (*pro hac vice*)
ari.holtzblatt@wilmerhale.com
SUSAN PELLETIER (*pro hac vice*)
susan.pelletier@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
1875 Pennsylvania Avenue, NW
Washington, D.C. 20006
Telephone:  (202) 663-6000
Facsimile:  (202) 663-6363

PETER G. NEIMAN (*pro hac vice*)
peter.neiman@wilmerhale.com
ALEX W. MILLER (*pro hac vice*)
alex.miller@wilmerhale.com
RISHITA APSANI (*pro hac vice*)
rishita.apsani@wilmerhale.com
250 Greenwich St., 45th Floor
New York, New York 10007
Telephone:  (212) 230-8800
Facsimile:  (202) 663-6363

MARK D. FLANAGAN
CA Bar No. 130303
mark.flanagan@wilmerhale.com
2600 El Camino Real #400
Palo Alto, California 94306
Telephone: (650) 858-6047
Facsimile:  (650) 858-6100

*Attorneys for Plaintiff*
**TWITTER, INC.**

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TWITTER, INC.,<br><br>            Plaintiff,<br><br>     v.<br><br>KEN PAXTON,<br>in his official capacity as Attorney General of Texas,<br><br>            Defendant. | Case No. 3:21-cv-01644-MMC<br><br>**TWITTER, INC.'S NOTICE OF NON-OPPOSITION TO MOTION FOR LEAVE TO FILE AMICUS BRIEF** |

**NOTICE OF NON-OPPOSITION**

Plaintiff Twitter, Inc. does not oppose the Motion for Leave to File an Amicus Brief by Maria Rutenberg in support of Defendant Ken Paxton (Dkt. 51).

|  |  |
|---|---|
|  | Respectfully submitted, |
|  |  |
|  | /s/ Patrick J. Carome |
| PATRICK J. CAROME (*pro hac vice*) | MARK D. FLANAGAN |
| patrick.carome@wilmerhale.com | CA Bar No. 130303 |
| ARI HOLTZBLATT (*pro hac vice*) | mark.flanagan@wilmerhale.com |
| ari.holtzblatt@wilmerhale.com | WILMER CUTLER PICKERING |
| SUSAN PELLETIER (*pro hac vice*) |    HALE AND DORR LLP |
| susan.pelletier@wilmerhale.com | 2600 El Camino Real, Suite 400 |
| WILMER CUTLER PICKERING | Palo Alto, California 94306 |
|    HALE AND DORR LLP | Telephone:  (650) 858-6000 |
| 1875 Pennsylvania Avenue, NW | Facsimile:  (650) 858-6100 |
| Washington, D.C. 20006 |  |
| Telephone:  (202) 663-6000 | *Attorneys for Plaintiff* |
| Facsimile:  (202) 663-6363 | **TWITTER, INC.** |
|  |  |
| PETER G. NEIMAN (*pro hac vice*) |  |
| peter.neiman@wilmerhale.com |  |
| ALEX W. MILLER (*pro hac vice*) |  |
| alex.miller@wilmerhale.com |  |
| RISHITA APSANI (*pro hac vice*) |  |
| rishita.apsani@wilmerhale.com |  |
| WILMER CUTLER PICKERING |  |
|    HALE AND DORR LLP |  |
| 250 Greenwich St., 45 Floor |  |
| New York, New York 10007 |  |
| Telephone:  (212) 295-6487 |  |
| Facsimile:  (202) 663-6363 |  |

**CERTIFICATE OF SERVICE**

I hereby certify that on April 9, 2021, I electronically filed the above document with the Clerk of the Court using CM/ECF which will send electronic notification of such filing to all registered counsel. I have also sent electronic copy of the above document to counsel for Defendant not yet registered.

Dated:   April 9, 2021                                        By:     /s/ Patrick J. Carome
                                                                              Patrick J. Carome