UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TWITTER, INC.,<br><br>             Plaintiff,<br><br>v.<br><br>KEN PAXTON, in his official capacity as Attorney General of Texas,<br><br>             Defendant. | Case No.:  3:21-cv-01644-MMC<br><br>[PROPOSED] ORDER |

The Court, having considered the MOTION OF MARIA RUTENBURG FOR LEAVE TO FILE AMICUS CURIAE BRIEF IN SUPPORT OF DEFENDANT, hereby GRANTS the leave requested. AMICUS CURIAE MARIA RUTENBURG may now file her brief, no later than April 19, 2021.

**IT IS SO ORDERED.**

DATED: __April 13__, 2021.

Honorable Maxine M. Chesney
United States District Court Judge