IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TWITTER, INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>KEN PAXTON,<br><br>    Defendant. | Case No. 21-cv-01644-MMC<br><br>**ORDER VACATING HEARING ON PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION AND DEFENDANT'S MOTION TO DISMISS OR TRANSFER** |

Before the Court are two motions: (1) plaintiff's "Motion for . . . Preliminary Injunction," filed March 8, 2021; and (2) defendant's "Motion to Dismiss or, in the Alternative, Motion to Transfer," filed March 29, 2021. The motions have been fully briefed. Having read and considered the papers filed in support of and in opposition to the motions, the Court deems the matters appropriate for determination on the parties' respective written submissions, and hereby VACATES the hearing scheduled for May 7, 2021.

**IT IS SO ORDERED.**

Dated: May 3, 2021

MAXINE M. CHESNEY
United States District Judge