| | |
|---|---|
| MARK D. FLANAGAN<br>CA Bar No. 130303<br>mark.flanagan@wilmerhale.com<br>WILMER CUTLER PICKERING<br>  HALE AND DORR LLP<br>2600 El Camino Real #400<br>Palo Alto, California 94306<br>Telephone: (650) 858-6047<br>Facsimile: (650) 858-6100<br><br>PETER G. NEIMAN (*pro hac vice*)<br>peter.neiman@wilmerhale.com<br>ALEX W. MILLER (*pro hac vice*)<br>alex.miller@wilmerhale.com<br>RISHITA APSANI (*pro hac vice*)<br>rishita.apsani@wilmerhale.com<br>WILMER CUTLER PICKERING<br>  HALE AND DORR LLP<br>250 Greenwich St., 45th Floor<br>New York, New York 10007<br>Telephone: (212) 230-8800<br>Facsimile: (202) 663-6363 | PATRICK J. CAROME (*pro hac vice*)<br>patrick.carome@wilmerhale.com<br>ARI HOLTZBLATT (*pro hac vice*)<br>ari.holtzblatt@wilmerhale.com<br>ANURADHA SIVARAM (*pro hac vice*)<br>anuradha.sivaram@wilmerhale.com<br>SUSAN PELLETIER (*pro hac vice*)<br>susan.pelletier@wilmerhale.com<br>WILMER CUTLER PICKERING<br>  HALE AND DORR LLP<br>1875 Pennsylvania Avenue, NW<br>Washington, D.C. 20006<br>Telephone: (202) 663-6000<br>Facsimile: (202) 663-6363<br><br>*Attorneys for Plaintiff*<br>**TWITTER, INC.** |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TWITTER, INC.,<br><br>      Plaintiff,<br><br>v.<br><br>KEN PAXTON,<br>in his official capacity as Attorney General of Texas,<br><br>      Defendant. | Case No. 3:21-cv-01644-MMC<br><br>**TWITTER, INC.'S NOTICE OF APPEAL** |

1      NOTICE IS HEREBY GIVEN that Plaintiff Twitter, Inc. appeals to the United States Court of Appeals for the Ninth Circuit from the Order Granting Defendant's Motion to Dismiss Action (Dkt. 64) and Judgment (Dkt. 65), both of which were entered in this case on May 11, 2021, and which effectively denied Twitter's motion for a preliminary injunction.

     A true and correct copy of the Order is attached hereto as Exhibit A, and a true and correct copy of the Judgment is attached hereto as Exhibit B. Pursuant to Rule 3-2(b) of the Ninth Circuit Rules of Appellate Procedure, attached hereto as Exhibit C is Plaintiff-Appellant Twitter's Representation Statement.

Dated: May 14, 2021

Respectfully submitted,

/s/ Patrick J. Carome
Patrick J. Carome

***Attorney for Plaintiff,***
**TWITTER, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document has been served on May 14, 2021 to all counsel of record who are deemed to have consented to electronic service via the Court's ECF system per Civil Local Rule 5-1.

/s/ Patrick J. Carome
Patrick J. Carome
