Reset Form

CAND Pay.gov Application for Refund (rev. 10/19)

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

## APPLICATION FOR REFUND (USDC-CAND PAY.GOV)

### PAY.GOV TRANSACTION DETAILS

*IMPORTANT*:

- *Complete all required fields (shown in red\*); otherwise, your request may be denied and require resubmission.*
- *In fields 3-6, enter the information for the **incorrect** transaction (the one for which you are requesting a refund), not the **correct** transaction that appears on the docket. This information can be found in the Pay.gov screen receipt or confirmation email.*

| | | | |
|---|---|---|---|
| **1. Your Name:\*** Elizabeth A. Saunders | **7. Your Phone Number:** (512) 936-0567 | | |
| **2. Your Email Address: \*** elizabeth.saunders@oag.texas.go | **8. Full Case Number (if applicable):** 3:21-cv-01644-MMC | | |
| **3. Receipt Number:\*** 0971-15752577 | **9. Fee Type:\*** | ☐ **Attorney Admission** ☐ **Civil Case Filing** ☐ **FTR Audio Recording** ☐ **Notice of Appeal** ☑ **Pro Hac Vice** ☐ **Writ of Habeas Corpus** | |
| **4. Transaction Date:\*** 03/25/2021 | | | |
| **5. Transaction Time:\*** 3:34 pm | | | |
| **6. Transaction Amount (Amount to be refunded):\*** $ 317.00 | | | |

**10. Reason for Refund Request:\*** Explain in detail what happened to cause duplicate charges or no fee required.

- *For a duplicate charge, provide the **correct** receipt number in this field.*
- *If you paid a filing fee in an abandoned case number, note that case number here (but e-file the refund request in the **open** case).*

Duplicate charge. The ECF system froze as I was entering the credit card information for Ryan Walters's motion to appear pro hac vice (ECF 28). The credit card was charged twice. The correct receipt number is 0971-15752659. Please refund the duplicate charge (317.00, receipt number 0971-15752577). Thank you very much for your assistance.

✓ *Efile this form using* OTHER FILINGS → OTHER DOCUMENTS → APPLICATION FOR REFUND.

*View detailed instructions at:* cand.uscourts.gov/ecf/payments. *For assistance, contact the ECF Help Desk at 1-866-638-7829 or* ecfhelpdesk@cand.uscourts.gov *Monday -Friday 9:00 a.m.-4:00 p.m.*

| FOR U.S. DISTRICT COURT USE ONLY | |
|---|---|
| Refund request: ✓ Approved ☐ Denied ☐ Denied — Resubmit amended application (see reason for denial) | **APPROVED** *By Ana Banares at 6:27 am, May 21, 2021* |
| Approval/denial date: | Request approved/denied by: |
| Pay.gov refund tracking ID refunded: 26S6GFQS | Agency refund tracking ID number: 0971- 15752577 |
| Date refund processed: 5/21/2021 | Refund processed by: |
| Reason for denial (if applicable): | |
| Referred for OSC date (if applicable): | |

**Jesusa Nobleza**

| | |
|---|---|
| **From:** | notification@pay.gov |
| **Sent:** | Friday, May 21, 2021 1:55 PM |
| **To:** | Jesusa Nobleza |
| **Subject:** | Pay.gov  Refund: CAND CM ECF |

CAUTION - EXTERNAL:

Your refund has been submitted to Pay.gov and the details are below. If you have any questions regarding this refund, please contact CAND Help Desk at (866) 638-7829 or ECFHelpdesk@cand.uscourts.gov.

Application Name: CAND CM ECF
Pay.gov Tracking ID: 26S6GFQS
Agency Tracking ID: 0971-15752577

Payment Method: Plastic Card
Transaction Type: Refund
Transaction Date: May 21, 2021 04:53:55 PM

Transaction Amount: $317.00
Account Holder Name: Keith Hafer
Card Type: MasterCard
Card Number: ************5819

THIS IS AN AUTOMATED MESSAGE.  PLEASE DO NOT REPLY.
CAUTION - EXTERNAL EMAIL: This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.