| | |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | APR 19 2022 |
| | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

TWITTER, INC.,

    Plaintiff-Appellant,

v.

KEN PAXTON, in his official capacity as Attorney General of Texas,

    Defendant-Appellee.

No. 21-15869

D.C. No. 3:21-cv-01644-MMC
Northern District of California,
San Francisco

ORDER

Before: BENNETT, R. NELSON, and BUMATAY, Circuit Judges.

    Respondent is directed to file a response to Petitioner's Petition for Panel Rehearing and Rehearing En Banc (Dkt. No. 57), filed with this court on March 30, 2022. The response shall not exceed fifteen (15) pages or 4,200 words and shall be filed within twenty-one (21) days of the date of this order, on May 10, 2022.